**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-21088-BLOOM/Otazo-Reyes**

ANIMACCORD LTD.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.
_____/

**ORDER ON PLAINTIFF'S MOTION TO FILE UNDER SEAL**

**THIS CAUSE** is before the Court on the Plaintiff's Motion to File Under Seal, ECF No. [7] ("Motion"), filed on March 30, 2021. The Plaintiff requests that Schedule "A" to Plaintiff's Complaint and Schedule "E" to the Declaration of Richard Guerra in support of Plaintiff's *Ex Parte* Motion for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets ("Guerra Declaration"), be filed under seal until the Court has the opportunity to rule on Plaintiff's request for temporary *ex parte* relief and, if granted, until that relief has been effectuated. The Court has reviewed the Motion, the record in this case, and the applicable law, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [7]**, is **GRANTED**. Schedule "A" to the Plaintiff's Complaint and Schedule "E" to the Guerra Declaration shall be filed under seal and shall remain under seal until further order from this Court. This Order shall not be filed under seal.

Case No. 21-cv-21088-BLOOM/Otazo-Reyes

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 30, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record