4/28/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.

APR 28 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Case No. 21-cv-21088-BLOOM/Otazo-Reyes

Defendant No. 304 "SWEETBRAZIL" on Schedule A to the Complaint

<u>Defendant's Response to Complaint and Allegations</u>

1. Defendant agrees that she was promoting, selling, reproducing, offering for sale, and distributing imitations of Animaccord's trademarks. However, Defendant disagrees that she was distributing through various internet based e-commerce stores as it was only one website.

2. Defendant disagrees that she sold Plaintiff's trademarks for the purpose of (i)duping and confusing the consuming public as she never claimed to be the owner of these trademarks nor claimed direct association with Animaccord's trademark of "Masha and The Bear". The defendant also disagrees with the purpose of (ii)earning substantial profits because she never earned "substantial" profits nor expected to earn "substantial" profits because she has never earned "substantial" profits in her e-commerce site.

3. Defendant agrees that the Plaintiff has presumably spent a lot of money and effort in combating violators of their trademark, however, Defendant disagrees that she caused a negative effect of the goodwill connected to the Plaintiff's brand and copyrighted works as consumer reviews were positive and did not shed a bad light on the Plaintiff's brand.

4. The Defendant agrees.

5. The Defendant agrees.

6. The Defendant agrees.

7. The Defendant agrees.

8. The Defendant agrees.

9. The Defendant agrees.

10. The Defendant agrees.

11. The Defendant agrees.

12. The Defendant agrees.

13. The Defendant agrees.

14. The Defendant agrees.

15. The Defendant agrees.

16. The Defendant agrees.

17. The Defendant agrees.

18. The Defendant agrees.

19. The Defendant agrees.

20. The Defendant agrees.

21. The Defendant disagrees that she has engaged in fraudulent conduct with respect to the registration of her Seller ID as it is her unique business name created by her and legitimized and registered in the State of Florida.

22. The Defendant disagrees with this statement as she did not register her seller ID with the sole purpose of engaging in illegal counterfeiting activities and sells her own creatively made works and ideas.

23. The Defendant disagrees with this statement as she has only one company that is registered in the State of Florida for over 3 years, along with a single e-commerce site on Etsy that has been opened for over 5 years. Defendant has already removed Animaccord's trademark products off her site and has not sold it since.

24. The Defendant agrees.

25. The Defendant disagrees that the traffic received on her site for Animaccord's trademark has decreased the size and value of Plaintiff's legitimate marketplace as the sales made were very few and the product was not popular on her site.

26. The Defendant agrees.

27. The Defendant agrees.

28. The Defendant agrees.

29. The Defendant agrees.

30. The Defendant agrees.

31. The Defendant agrees.

32. The Defendant agrees.

33. The Defendant agrees.

34. The Defendant agrees.

35. The Defendant agrees.

36. The Defendant agrees.

37. The Defendant agrees.

38. The Defendant agrees.

39. The Defendant agrees.

40. The Defendant disagrees with this statement because she does not imitate the quality in which the Plaintiff's original products are sold but rather uses her own consistent materials for all her products nor does she promote that they are an original Masha and The Bear product. It is common belief by Etsy consumers that products sold on the site are handmade and hand crafted by small business owners, not factory produced like original products sold by Masha and The Bear.

41. The Defendant agrees.

42. The Defendant agrees.

43. The Defendant agrees.

44. The Defendant disagrees that she had any knowledge of Plaintiff's ownership of Masha and The Bear works because she is not an English speaker nor aware of the copyright laws she had to have abided by because she only sold products on Etsy, which is notoriously known for various sellers selling copyrighted handmade products and was not told otherwise.

45. The Defendant agrees.

46. The Defendant disagrees that she will continue to harm Plaintiff's goodwill by selling their counterfeit products.

47. The Defendant disagrees with this statement because she never promoted that the products were originals of Masha and The Bear and there is a common assumption made by Etsy Consumers that all products on the site are handmade and made by small businesses unless otherwise stated. Etsy Marketplace is the only place the Defendant has sold Masha and The Bear products.

48. The Defendant agrees.

49. The Defendant disagrees with this statement because all her sales along with the profit made and money received is documented and inerasable on the Etsy website and totals to about $420 USD which the Defendant has. Defendant also agrees to release her business income taxes if needed for proof of income and assets.

50. The Defendant agrees.

51. The Defendant disagrees that injury she caused to the Plaintiff are "irreparable" and that the damages were "substantial".

52. The Defendant agrees.

53. The Defendant agrees.

54. The Defendant agrees.

55. The Defendant agrees.

56. The Defendant agrees.

57. The Defendant agrees.

58. The Defendant agrees.

59. The Defendant disagrees that Plaintiff will continue to suffer irreparable injury and damages due to the Defendant's activities as she has stopped selling the products. Defendant also disagrees that she will continue to profit from selling counterfeit Masha and The Bear Products as she has stopped selling these items and will never again sell these items.

60. The Defendant agrees.

61. The Defendant agrees.

62. The Defendant agrees.

63. The Defendant disagrees with this statement because she has never claimed that the products were original and authentic.

64. The Defendant disagrees with this statement because she has never claimed that the products were original and authentic.

65. The Defendant agrees.

66. The Defendant agrees.

67. The Defendant disagrees that she will continue to profit from selling counterfeit Masha and The Bear Products as she has stopped selling these items and will never again sell these items.

68. The Defendant agrees.

69. The Defendant agrees.

70. The Defendant disagrees that she is "competing" with Masha and The Bear as she did not heavily promote this product, only post it for sale. She also did not make a lot of sales nor used any time of advertisement and promotion to receive more sales on the product and more traffic to her site. Furthermore, her company does not show up in search engines unless explicitly using the term "sweetbrazil" in the search. The Defendant denies "competing" as she never had intentions, nor achieved, a competitive status.

71. The Defendant agrees but would like to note that the confusion was not deliberate as she never claimed her products to be original or authentic.

72. The Defendant disagrees that the damages and injury she caused the Plaintiff are "irreparable".

73. The Defendant agrees.

74. The Defendant agrees.

75. The Defendant agrees.

76. The Defendant agrees.

77. The Defendant disagrees that the damages and injury she caused the Plaintiff are "irreparable".

78. The Defendant agrees.

79. The Defendant agrees.

80. The defendant disagrees that her selling of the counterfeit products of Masha and The Bear are part of a "large scale and ongoing daily illegal enterprise". The Defendant also disagrees that she will continue selling these counterfeit products.

81. The Defendant agrees.

82. The Defendant agrees.

83. The Defendant disagrees with this statement as she now has knowledge of her infringement and was not previously aware that what she was doing was unlawful.

84. The Defendant disagrees that she was intentionally violating the Plaintiff's rights as she had no knowledge of these laws, given her lack of understanding of the English language and unfamiliarity with Copyright Laws.

85. The Defendant agrees.

86. The Defendant disagrees that she continues to cause damages to the Plaintiff since she has completely halted selling the product mentioned.

87. The Defendant disagrees that the damages she caused sum $150,000 USD.

88. The Defendant disagrees that the attorney's fees and full costs are something she could afford since she could not even afford a lawyer of her own.

89. The defendant disagrees that there will be future infringement.


Prayer for Relief

A. The Defendant agrees and is in compliance of an injunction to stop selling Masha and The Bear products.

B. The Defendant disagrees that she should be revoked access to sell on Etsy, however, she does agree to stop selling Masha and The Bear Products.

C. The Defendant agrees and the e-mail linked to her Seller ID was already given to the Plaintiff's counsel.

D. The Defendant agrees.

E. The Defendant disagrees as the damages she caused do not sum up to $2 million USD nor can she afford that since she is a single mother on unemployment and has earned a negative income in her business income taxes.

F. The Defendant disagrees.

G. The Defendant disagrees as she could not afford the attorney's fees and investigative fees nor a lawyer of her own.

H. The Defendant disagrees with all these statements but agrees to pay the Plaintiff the profit earned on sales made of the Masha and The Bear products.

I. The Defendant disagrees.

J. The Defendant agrees.


Thank you,



Patricia Magnavita
SweetBrazil
(786) 718-3309
Sweetbrazilmiami@gmail.com




Note: These documents were translated by my English-speaking daughter Diana Magnavita that testifies under perjury that she is fluent in both Portuguese (Defendant's native language) and English.


Diana Magnavita (Daughter)

## Defendant's Personal Statement

1. I agree that I was selling copyrighted products and am now asking the court for forgiveness and a just decision.
2. I have sold a total of approximately $420 USD worth of Masha and The Bear Products. *See Exhibit A.*
3. I have claimed a negative profit in my 2020 Business income tax and therefore cannot afford to pay the outstanding amount of money the Plaintiff is asking for. *See Exhibit B.*
4. I am a single mother on unemployment because of my drastic drop in income from my company in the midst of a pandemic. *See Exhibit C.*
5. I am a non-English speaker and immigrant who did not have prior knowledge of copyright laws and how they were conducted or enforced.
6. My business is a small business with only one employee (myself) and one active website (Etsy).
7. I have been cooperative with the Plaintiff, responding to emails and negotiations. *See Exhibit D.*
8. I was under the belief that I was released from the suit because the first notice of the lawsuit I was received from the Plaintiff's counsel was that I was voluntarily released from the suit. See Exhibit E.
9. It would cause me extreme hardship to contract a lawyer for this case since I could not afford it.
10. I have removed all Masha and The Bear products from my only site on Etsy and will never again sell Masha and The Bear Products.
11. I ask the court to please consider my circumstances in their decision, thank you.

Thank you,

Patricia Magnavita
SweetBrazil
(786) 718-3309
Sweetbrazilmiami@gmail.com

Note: These documents were translated by my English-speaking daughter Diana Magnavita that testifies under perjury that she is fluent in both Portuguese (Defendant's native language) and English.

Diana Magnavita

Certificate of Service

I, Patricia Magnavita, certify that a copy of this document was hand delivered to the United States District Court for the Southern District of Florida at Wilkie D. Ferguson, Jr. United States Courthouse 400 North Miami Avenue Miami, Florida 33128.

I, Patricia Magnavita, also certify that a copy of this document was emailed to the Plaintiff's Counsel at rguerra@brickellip.com.

4/28/21

Patricia Magnavita
SweetBrazil
(786) 718-3309
Sweetbrazilmiami@gmail.com



TAB A



## SweetBrazil

sweetbrazil.etsy.com

**Ship to**
Ruby Loya
9540 Orion A.V
NORTH HILLS, CA 91343
United States

**Scheduled to ship by**
Oct 14, 2020

**From**
Sweet Brazil Party Crafts
12976 Sw 133rd St
MIAMI, FL 33186-4477
United States

**Order**
#1794799845

**Order date**
Oct 7, 2020

**Buyer**
Ruby Loya
(czfqrwni)

**Payment method**
Paid via Etsy Payments

**Tracking**
9405509206094302195254
**via USPS**

**1 item**

 Marsha and the Bear Favor Box MAS001 Personalized, Candy Box, Treat Box , Goodie Bag,Gift Bag, Decoration Supplies,Marsha and the Bear Party    1 x $49.50

Pack of quantity: 15

Personalization:  Kaitlyn

2

| | |
|---|---|
| Item total | **$49.50** |
| Tax | $4.70 |
| Shipping total | $10.00 |
| **Order total** | **$64.20** |



State of _Florida_ County of _Miami-Dade_
Subscribed and sworn to (or affirmed) before me on this
_28_ day of _April_, 20_21_ by
_Patricia Maravilia_ proved to me on the basis
of satisfactory evidence to be the person(s) who appeared before me.
Notary Signature

VIOLETA GUERRERO
State of Florida-Notary Public
Commission # GG 146918
My Commission Expires
October 13, 2021

 **Etsy**

**Love what you bought?**
Add a photo and review with the Etsy app.
Visit etsy.com/mobile to download.

**Carbon-Offset Shipping**
Etsy offsets 100% of the carbon emissions
from your delivery. Learn how at
etsy.com/impact.



# SweetBrazil

sweetbrazil.etsy.com

**Ship to**
Mirta Santana
3101 Glenview St
# 1
PHILADELPHIA, PA
19149-2602
United States

**Scheduled to ship by**
Sep 24, 2020

**From**
Sweet Brazil Party Crafts
12976 Sw 133rd St
MIAMI, FL 33186-4477
United States

**Order**
#1775587253

**Order date**
Sep 17, 2020

**Buyer**
Chantelle Henriquez
(chenriquez03)

**Payment method**
Paid via Etsy Payments

**Tracking**
9405509206094656987857
**via USPS**

**1 item**



**Marsha and the Bear Favor Box MAS001 Personalized, Candy Box, Treat Box , Goodie Bag,Gift Bag, Decoration Supplies,Marsha and the Bear Party**

Pack of quantity: 20

Personalization:  Minelly's 3rd Birthday

1 x $66.00

| | |
|---|---:|
| Item total | **$66.00** |
| Shipping total | $10.00 |
| Subtotal | $76.00 |
| Tax | $6.08 |
| **Order total** | **$82.08** |



State of _Florida_ County of _Miami-Dade_
Subscribed and sworn to (or affirmed) before me on this
_28_ day of _April_, 20_21_ by
_Mirta Mascitti_ proved to me on the basis
of satisfactory evidence to be the person(s) who appeared before me.
Notary Signature _____

VIOLETA GUERRERO
State of Florida Notary Public
Commission # GG 146918
My Commission Expires
October 15, 2021

---



## Etsy

**Love what you bought?**
Add a photo and review with the Etsy app.
Visit etsy.com/mobile to download.

**Carbon-Offset Shipping**
Etsy offsets 100% of the carbon emissions
from your delivery. Learn how at
etsy.com/impact.



# SweetBrazil

sweetbrazil.etsy.com

**Ship to**
Monse Camach
13775 sw 6th st
Apt a
BEAVERTON, OR 97005
United States

**Scheduled to ship by**
Sep 18, 2020

| | | |
|---|---|---|
| **1 item** | | |
|  | **Marsha and the Bear Favor Box MAS001 Personalized, Candy Box, Treat Box , Goodie Bag,Gift Bag, Decoration Supplies,Marsha and the Bear Party** | 1 x $19.80 |
| | Pack of quantity: 6 | |
| | Personalization:  - Ariel<br> - 2 years old | |

| | |
|---|---|
| Item total | $19.80 |
| Shipping total | $10.00 |
| **Order total** | **$29.80** |

**From**
Sweet Brazil Party Crafts
12976 Sw 133rd St
MIAMI, FL 33186-4477
United States

**Order**
#1771913779

**Order date**
Sep 13, 2020

**Buyer**
monse camacho
(lbwtep4v)

**Payment method**
Paid via Etsy Payments

**Tracking**
9405509206094275783847
**via USPS**



State of ~~Florida~~ County of ~~MIAMI-DADE~~
Subscribed and sworn to (or affirmed) before me on this
28 day of April, 2021, by
~~Patricia Narkevitz~~ proved to me on the basis
of satisfactory evidence to be the person(s) who appeared before me.
Notary Signature

VIOLETA GUERRERO
State of Florida Notary Public
Commission # GG 146918
My Commission Expires
October 15, 2021



# Etsy

**Love what you bought?**
Add a photo and review with the Etsy app.
Visit etsy.com/mobile to download.

**Carbon-Offset Shipping**
Etsy offsets 100% of the carbon emissions
from your delivery. Learn how at
etsy.com/impact.



# SweetBrazil

sweetbrazil.etsy.com

**Ship to**
Nelly Mori
10801 LONESOME RD
NOKESVILLE, VA 20181
United States

**Scheduled to ship by**
Sep 9, 2020

**1 item**

 **Marsha and the Bear Favor Box MAS001 Personalized, Candy Box, Treat Box , Goodie Bag,Gift Bag, Decoration Supplies,Marsha and the Bear Party**    1 x $26.40

8 Favor Boxes
customization: Victoria's.... 3rd Birthday!

**From**
Sweet Brazil Party Crafts
12976 Sw 133rd St
MIAMI, FL 33186-4477
United States

| | |
|---|---:|
| Item total | **$26.40** |
| Tax | $1.58 |
| Shipping total | $7.75 |
| **Order total** | **$35.73** |

**Order**
#1750268286

**Note from buyer**
Victoria
3 years old

**Order date**
Sep 2, 2020

**Buyer**
Nelly MORI
**(nellym99)**

**Payment method**
Paid via Etsy Payments

**Tracking**
9405509206094625376798
**via USPS**



State of _____ County of Miami-Dade
Subscribed and sworn to (or affirmed) before me on this
28 day of April 2021 by
PATRICIA MARQUITA proved to me on the basis
of satisfactory evidence to be the person(s) who appeared before me.
Notary Signature _____

VIOLETA GUERRERO
State of Florida Notary Public
Commission # GG 148918
My Commission Expires
October 15, 2021



**Etsy**

**Love what you bought?**
Add a photo and review with the Etsy app.
Visit etsy.com/mobile to download.

**Carbon-Offset Shipping**
Etsy offsets 100% of the carbon emissions
from your delivery. Learn how at
etsy.com/impact.



# SweetBrazil

sweetbrazil.etsy.com

**Ship to**
Nashali Demoura
25 Lincoln st.
ROCHESTER, NY 14605
United States

**Scheduled to ship by**
Aug 14, 2020

**From**
Sweet Brazil Party Crafts
12976 Sw 133rd St
MIAMI, FL 33186-4477
United States

**Order**
#1730917544

**Order date**
Aug 12, 2020

**Buyer**
nashali torres
**(nashalitorres)**

**Payment method**
Paid via Etsy Payments

**1 item**

 **Marsha and the Bear Favor Box MAS001 Personalized, Candy Box, Treat Box , Goodie Bag,Gift Bag, Decoration Supplies,Marsha and the Bear Party**    1 x $19.80

Pack of quantity: 6

Personalization:  Abigail's 4th birthday

| | |
|---|---|
| Item total | ~~$19.80~~ |
| Shipping total | $15.05 |
| Subtotal | $34.85 |
| Tax | $2.78 |
| Refunded cost | $6.80 |
| **Order total** | **$30.83** |



State of ~~Florida~~ County of _MIAMI-DADE_
Subscribed and sworn to (or affirmed) before me on this
_28_ day of _APRIL_ , 20_21_ by
_Paula Nascimento_ proved to me on the basis
of satisfactory evidence to be the person(s) who appeared before me.
Notary Signature

VIOLETA GUERRERO
State of Florida Notary Public
Commission # GG 146918
My Commission Expires
October 13, 2021

---

 Etsy

**Love what you bought?**
Add a photo and review with the Etsy app.
Visit etsy.com/mobile to download.

**Carbon-Offset Shipping**
Etsy offsets 100% of the carbon emissions
from your delivery. Learn how at
etsy.com/impact.



# SweetBrazil

sweetbrazil.etsy.com

**Ship to**
Roxanne Thompson
8401 18 Mile Rd
Apt 241
STERLING HEIGHTS, MI
48313-3067
United States

**Scheduled to ship by**
Jul 29, 2020

**From**
Sweet Brazil Party Crafts
12976 Sw 133rd St
MIAMI, FL 33186-4477
United States

**Order**
#1726061691

**Order date**
Jul 28, 2020

**Buyer**
Brandon
**(rywaxoxy)**

**Payment method**
Paid via Etsy Payments

**1 item**

 **Marsha and the Bear Favor Box MAS001 Personalized, Candy Box, Treat Box , Goodie Bag,Gift Bag, Decoration Supplies,Marsha and the Bear Party**     1 x $19.80

Pack of quantity: 6

Personalization:  Lydia she's turning 3

| | |
|---|---:|
| Item total | **$19.80** |
| Shipping total | $15.05 |
| Subtotal | $34.85 |
| Tax | $2.09 |
| Refunded cost | $6.68 |
| **Order total** | **$30.26** |



State of Florida County of Miami-Dade
Subscribed and sworn to (or affirmed) before me on this
28 day of April, 2021 by
Patricia Martinez proved to me on the basis
of satisfactory evidence to be the person(s) who appeared before me.
Notary Signature

VIOLETA GUERRERO
State of Florida-Notary Public
Commission # GG 146918
My Commission Expires
October 13, 2021

 **Love what you bought?**
Add a photo and review with the Etsy app.
Visit etsy.com/mobile to download.

 **Carbon-Offset Shipping**
Etsy offsets 100% of the carbon emissions from your delivery. Learn how at etsy.com/impact.

Etsy



# SweetBrazil

sweetbrazil.etsy.com

**Ship to**
andreina villalobos
24411 CORNELL PARK LN
KATY, TX 77494
United States

**Scheduled to ship by**
Aug 1, 2020

**From**
Sweet Brazil Party Crafts
12976 Sw 133rd St
MIAMI, FL 33186-4477
United States

**Order**
#1728932425

**Order date**
Jul 31, 2020

**Buyer**
Andreina Villalobos
**(villalobosandreina)**

**Payment method**
Paid via Etsy Payments

**1 item**

 **Marsha and the Bear Favor Box MAS001 Personalized, Candy Box, Treat Box , Goodie Bag,Gift Bag, Decoration Supplies,Marsha and the Bear Party**      1 x $19.80

Pack of quantity: 6

Personalization: Eva Sofía

| | |
|---|---|
| Item total | ~~$19.80~~ |
| Shipping total | $15.05 |
| Subtotal | $34.85 |
| Tax | $2.88 |
| Refunded cost | $6.82 |
| **Order total** | **$30.91** |



State of Florida County of _____
Subscribed and sworn to (or affirmed) before me on this
____ day of _____ 20__ by
_____ proved to me on the basis
of satisfactory evidence to be the person(s) who appeared before me.
Notary Signature

VIOLETA GUERRERO
State of Florida Notary Public
Commission # GG 146918
My Commission Expires
October 13, 2021

---

 Etsy

**Love what you bought?**
Add a photo and review with the Etsy app.
Visit etsy.com/mobile to download.

**Carbon-Offset Shipping**
Etsy offsets 100% of the carbon emissions
from your delivery. Learn how at
etsy.com/impact.



# SweetBrazil

sweetbrazil.etsy.com

**Ship to**
Yanely Amparo
54 vineyard st
Apt 2
PROVIDENCE, RI 02907
United States

**Scheduled to ship by**
Jul 1, 2020

**1 item**



**Marsha and the Bear Favor Box MAS001 Personalized, Candy Box, Treat Box , Goodie Bag,Gift Bag, Decoration Supplies,Marsha and the Bear Party**

Pack of quantity: 12

Personalization:  Zoey's 2nd Birthday

1 x $39.60

**From**
Sweet Brazil Party Crafts
12976 Sw 133rd St
MIAMI, FL 33186-4477
United States

**Order**
#1687181656

**Order date**
Jun 29, 2020

**Buyer**
Yanely
(Oqef7ycq)

**Payment method**
Paid via Etsy Payments

| | |
|---|---|
| Item total | ~~$39.60~~ |
| Shipping total | $15.05 |
| Subtotal | $54.65 |
| Tax | $3.82 |
| **Order total** | **$58.47** |



State of Florida County of MIAMI-DADE
Subscribed and sworn to (or affirmed) before me on this
26 day of April, 20 21 by
Yanely Amparo proved to me on the basis
of satisfactory evidence to be the person(s) who appeared before me.
Notary Signature

VIOLETA GUERRERO
State of Florida-Notary Public
Commission # GG 146918
My Commission Expires
October 13, 2021



**Etsy**

**Love what you bought?**
Add a photo and review with the Etsy app.
Visit etsy.com/mobile to download.

**Carbon-Offset Shipping**
Etsy offsets 100% of the carbon emissions from your delivery. Learn how at etsy.com/impact.



# SweetBrazil

sweetbrazil.etsy.com

**Ship to**
Jackie Castellanos
3707 18th St E
BRADENTON, FL 34208
United States

**Scheduled to ship by**
May 29, 2020

**From**
Sweet Brazil Party Crafts
12976 Sw 133rd St
MIAMI, FL 33186-4477
United States

**Order**
#1665654833

**Order date**
May 27, 2020

**Buyer**
Jackie
(35tgzb4p)

**Payment method**
Paid via Etsy Payments

**2 items**

 **Marsha and the Bear Favor Box MAS001 Personalized, Candy Box, Treat Box , Goodie Bag,Gift Bag, Decoration Supplies,Marsha and the Bear Party**          2 x $19.80

Pack of quantity: 6

Personalization:  Eliza, 3yrs

| | |
|---|---:|
| Item total | ~~$39.60~~ |
| Shipping total | $16.05 |
| Subtotal | $55.65 |
| Tax | $3.89 |
| **Order total** | **$59.54** |



State of ~~Florida~~ County of _MIAMI-DADE_
Subscribed and sworn to (or affirmed) before me on this
_28_ day of _April_ , 20_21_ by
_PATRICIA SAAVEDRA_ proved to me on the basis
of satisfactory evidence to be the person(s) who appeared before me.
Notary Signature


VIOLETA GUERRERO
State of Florida-Notary Public
Commission # GG 146918
My Commission Expires
October 13, 2021

## Etsy

**Love what you bought?**
Add a photo and review with the Etsy app.
Visit etsy.com/mobile to download.

**Carbon-Offset Shipping**
Etsy offsets 100% of the carbon emissions
from your delivery. Learn how at
etsy.com/impact.



# SweetBrazil

sweetbrazil.etsy.com

**Ship to**
Laura Sanchez Lopez
1915 Lakemont Ave
Unit 419
ORLANDO, FL 32814-6866
United States

**Scheduled to ship by**
Feb 19, 2020

**1 item**

 **Marsha and the Bear Favor Box MAS001 Personalized, Candy Box, Treat Box , Goodie Bag,Gift Bag, Decoration Supplies,Marsha and the Bear Party**   1 x $39.60

Pack of quantity: 12

Personalization:  Emmeline - 2 years old

**From**
Sweet Brazil Party Crafts
12976 Sw 133rd St
MIAMI, FL 33186-4477
United States

| | |
|---|---|
| Item total | ~~$39.60~~ |
| Shipping total | $15.05 |
| Subtotal | $54.65 |
| Tax | $3.82 |
| **Order total** | **$58.47** |

**Order**
#1587165777

**Order date**
Feb 15, 2020

**Buyer**
Laura Lopez
**(lauras9887)**

**Payment method**
Paid via Etsy Payments

State of _____ County of _____
Subscribed and sworn to (or affirmed) before me on this
____ day of _____, 20____ by
_____  proved to me on the basis
of satisfactory evidence to be the person(s) who appeared before me.
Notary Signature _____

VIOLETA GUERRERO
State of Florida-Notary Public
Commission # GG 146918
My Commission Expires
October 13, 2021

  **Love what you bought?**
Add a photo and review with the Etsy app.
Visit etsy.com/mobile to download.

  **Carbon-Offset Shipping**
Etsy offsets 100% of the carbon emissions
from your delivery. Learn how at
etsy.com/impact.

**Etsy**



# SweetBrazil

sweetbrazil.etsy.com

**Ship to**
Anne sardo
157 Elizabeth Ave
# 2
ELIZABETHPORT, NJ
07206-1633
United States

**Scheduled to ship by**
Oct 2, 2018

**From**
Sweet Brazil Party Crafts
12976 Sw 133rd St
MIAMI, FL 33186-4477
United States

**Order**
#1364833585

**Order date**
Sep 30, 2018

**Buyer**
teixeiraanne

**Payment method**
Paid via Etsy Payments

**1 item**

 Masha and the Bear favor box, gift box          1 x $33.00
Pack of quantity: 12

| | |
|---|---|
| Item total | ~~$33.00~~ |
| Shipping total | $13.65 |
| **Order total** | **$46.65** |

**Note from buyer**
Alice 4

State of ~~Florida~~ County of ~~Miami-Dade~~
Subscribed and sworn to (or affirmed) before me on this
___ day of ~~April~~, 20_21_ by
~~Patricia Teixeira~~ proved to me on the basis
of satisfactory evidence to be the person(s) who appeared before me.
Notary Signature ___

 VIOLETA GUERRERO
State of Florida-Notary Public
Commission # GG 146918
My Commission Expires
October 13, 2021



# Etsy

**Love what you bought?**
Add a photo and review with the Etsy app.
Visit etsy.com/mobile to download.

**Carbon-Offset Shipping**
Etsy offsets 100% of the carbon emissions
from your delivery. Learn how at
etsy.com/impact.



# SweetBrazil

sweetbrazil.etsy.com

**Ship to**
Jocabet De La Cruz Santos
P.O. Box 2068
CAROLINA, PR 00984
United States

**Scheduled to ship by**
Feb 12, 2021

**From**
Sweet Brazil Party Crafts
12976 Sw 133rd St
MIAMI, FL 33186-4477
United States

**Order**
#1949739877

**Order date**
Feb 5, 2021

**Buyer**
Jocabet De La Cruz Santos
(Jocabet30)

**Payment method**
Paid via Etsy Payments

**Tracking**
9405509206094003059619
**via USPS**

**1 item**

 **Marsha and the Bear Favor Box MAS001 Personalized, Candy Box, Treat Box , Goodie Bag,Gift Bag, Decoration Supplies,Marsha and the Bear Party**          1 x $48.00

Pack of quantity: 12

Personalization:  Victoria
4 years

| | |
|---|---|
| Item total | $48.00 |
| Shipping total | $10.00 |
| **Order total** | **$58.00** |



State of ~~Florida~~ County of ~~MIAMI-DADE~~
Subscribed and sworn to (or affirmed) before me on this
2_ day of ~~April~~, 20_21_ by
~~Jocabet Santos~~ proved to me on the basis
of satisfactory evidence to be the person(s) who appeared before me.
Notary Signature

VIOLETA GUERRERO
State of Florida-Notary Public
Commission # GG 146918
My Commission Expires
October 13, 2021

**Etsy**

**Love what you bought?**
Add a photo and review with the Etsy app.
Visit etsy.com/mobile to download.

**Carbon-Offset Shipping**
Etsy offsets 100% of the carbon emissions
from your delivery. Learn how at
etsy.com/impact.

TAB B

| SCHEDULE C<br>(Form 1040)<br><br>Department of the Treasury<br>Internal Revenue Service (99) | **Profit or Loss From Business**<br>(Sole Proprietorship)<br><br>▶ Go to *www.irs.gov/ScheduleC* for instructions and the latest information.<br>▶ Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships generally must file Form 1065. | OMB No. 1545-0074<br><br>**2020**<br>Attachment<br>Sequence No. **09** |
|---|---|---|

| Name of proprietor | Social security number (SSN) |
|---|---|
| PATRICIA S MAGNAVITA | 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 |

| A | Principal business or profession, including product or service (see instructions) | **B** Enter code from instructions<br>▶ |
|---|---|---|

| C | Business name. If no separate business name, leave blank. | **D** Employer ID number (EIN) (see instr.) |
|---|---|---|

| E | Business address (including suite or room no.)  ▶ |
|---|---|
|  | City, town or post office, state, and ZIP code |

| F | Accounting method: | (1) ☒ Cash | (2) ☐ Accrual | (3) ☐ Other (specify) ▶ | | |
|---|---|---|---|---|---|---|
| G | Did you "materially participate" in the operation of this business during 2020? If "No," see instructions for limit on losses . . . . | | | | ☒ Yes | ☐ No |
| H | If you started or acquired this business during 2020, check here . . . . . . . . . . . . . . . . . ▶ | | | | | |
| I | Did you make any payments in 2020 that would require you to file Form(s) 1099? See instructions . . . . . | | | | ☐ Yes | ☒ No |
| J | If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . . . | | | | ☐ Yes | ☐ No |

**Part I   Income**

| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . . . . ▶ ☐ | 1 | 24,238 |
|---|---|---|---|
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 24,238 |
| 4 | Cost of goods sold (from line 42) . . . . . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . | 5 | 24,238 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . . . ▶ | 7 | 24,238 |

**Part II   Expenses.** Enter expenses for business use of your home **only** on line 30.

| 8 | Advertising . . . . . . . | 8 | | 18 | Office expense (see instructions) . | 18 | |
|---|---|---|---|---|---|---|---|
| 9 | Car and truck expenses (see instructions) . . . . . . . | 9 | 5,126 | 19 | Pension and profit-sharing plans . | 19 | |
| | | | | 20 | Rent or lease (see instructions): | | |
| 10 | Commissions and fees . . . | 10 | | a | Vehicles, machinery, and equipment . | 20a | |
| 11 | Contract labor (see instructions) | 11 | | b | Other business property . . . | 20b | 4,650 |
| 12 | Depletion . . . . . . . | 12 | | 21 | Repairs and maintenance . . . | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . . . . . | 13 | | 22 | Supplies (not included in Part III) . | 22 | 1,822 |
| | | | | 23 | Taxes and licenses . . . . . | 23 | |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19). . | 14 | | a | Travel . . . . . . . . . | 24a | |
| 15 | Insurance (other than health) . | 15 | 1,800 | b | Deductible meals (see instructions) . . . . . . . . | 24b | |
| 16 | Interest (see instructions): | | | 25 | Utilities . . . . . . . . | 25 | |
| a | Mortgage (paid to banks, etc.) . | 16a | | 26 | Wages (less employment credits) . | 26 | |
| b | Other . . . . . . . . | 16b | | 27a | Other expenses (from line 48) . | 27a | 2,825 |
| 17 | Legal and professional services . | 17 | | b | Reserved for future use . . . | 27b | |

| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a . . . . . . . ▶ | 28 | 16,223 |
|---|---|---|---|
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . | 29 | 8,015 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions.<br>**Simplified method filers only:** Enter the total square footage of (a) your home: _____ and (b) the part of your home used for business: _____ Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30. . . . . . . . | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29.<br>• If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.**<br>• If a loss, you **must** go to line 32. | 31 | 8,015 |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions.<br>• If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.**<br>• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | 32a ☐ All investment is at risk.<br>32b ☐ Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see the separate instructions.        Schedule C (Form 1040) 2020
HTA

Schedule C (Form 1040) 2020            PATRICIA S MAGNAVITA                    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              Page **2**

**Part III**   **Cost of Goods Sold** (see instructions)

33   Method(s) used to value closing inventory:   **a** ☐ Cost   **b** ☐ Lower of cost or market   **c** ☐ Other (attach explanation)

34   Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
     If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

| | | |
|---|---|---:|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . | **35** | |
| 36 | Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . | **36** | |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . | **37** | |
| 38 | Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . . . | **38** | |
| 39 | Other costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **39** | |
| 40 | Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . . . . | **40** | 0 |
| 41 | Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . . . | **41** | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 . . . . . | **42** | 0 |

**Part IV**   **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43   When did you place your vehicle in service for business purposes? (month/day/year)   ▶   1/21/2018

44   Of the total number of miles you drove your vehicle during 2020, enter the number of miles you used your vehicle for:

**a**  Business _____ 8,914  **b** Commuting (see instructions) _____ 2,141  **c** Other _____ 357

45   Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . .   ☒ Yes   ☐ No

46   Do you (or your spouse) have another vehicle available for personal use? . . . . . . . .   ☒ Yes   ☐ No

47a  Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . .   ☒ Yes   ☐ No

  **b**  If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . .   ☒ Yes   ☐ No

**Part V**   **Other Expenses.** List below business expenses not included on lines 8–26 or line 30.

| | |
|---|---:|
| Storage | 1,003 |
| Cell phone | 1,822 |
| | |
| | |
| | |
| | |
| | |
| | |
| **48**   **Total other expenses.** Enter here and on line 27a | **48**   2,825 |

Schedule C (Form 1040) 2020

| Schedule E (Form 1040) 2020 | Attachment Sequence No. **13** | Page **2** |
|---|---|---|

| Name(s) shown on return. Do not enter name and social security number if shown on other side. | Your social security number |
|---|---|
| PATRICIA S MAGNAVITA | 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 |

**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

**Part II** **Income or Loss From Partnerships and S Corporations** — **Note:** If you report a loss, receive a distribution, dispose of stock, or receive a loan repayment from an S corporation, you **must** check the box in column **(e)** on line 28 and attach the required basis computation. If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check the box in column **(f)** on line 28 and attach **Form 6198**. See instructions.

| 27 | Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see instructions before completing this section. . . . . . . . . . . . . . . . . . . . . | | Yes | X No |
|---|---|---|---|---|

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if basis computation is required | (f) Check if any amount is not at risk |
|---|---|---|---|---|---|---|
| A | SWEET BRAZIL PARTY CRAFTS INC | S | ☐ | 84-2009636 | ☐ | ☐ |
| B | | | ☐ | | ☐ | ☐ |
| C | | | ☐ | | ☐ | ☐ |
| D | | | ☐ | | ☐ | ☐ |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | | | 32,631 | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| 29a Totals | | | | | |
| b Totals | | | 32,631 | | |

| 30 | Add columns (h) and (k) of line 29a . . . . . . . . . . . . . . . . . | 30 | |
|---|---|---|---|
| 31 | Add columns (g), (i), and (j) of line 29b . . . . . . . . . . . . . . . | 31 | ( 32,631 ) |
| 32 | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31 . . . . . . . | 32 | -32,631 |

**Part III** **Income or Loss From Estates and Trusts**

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

| 35 | Add columns (d) and (f) of line 34a . . . . . . . . . . . . . . . . | 35 | |
|---|---|---|---|
| 36 | Add columns (c) and (e) of line 34b . . . . . . . . . . . . . . . . | 36 | ( ) |
| 37 | **Total estate and trust income or (loss).** Combine lines 35 and 36 . . . . . . . . . . | 37 | 0 |

**Part IV** **Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)—Residual Holder**

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below | 39 | 0 |
|---|---|---|---|

**Part V** **Summary**

| 40 | Net farm rental income or (loss) from **Form 4835.** Also, complete line 42 below . . . . . . . | 40 | |
|---|---|---|---|
| 41 | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Schedule 1 (Form 1040), line 5 . . . . . . . ▶ | 41 | -32,631 |

| 42 | **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120-S), box 17, code AD; and Schedule K-1 (Form 1041), box 14, code F. See instructions . . . . | 42 | |
|---|---|---|---|
| 43 | **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040, Form 1040-SR, or Form 1040-NR from all rental real estate activities in which you materially participated under the passive activity loss rules . . . . . . | 43 | |

TAB C



REEMPLOYMENT ASSISTANCE PROGRAM
PO BOX 5350
TALLAHASSEE, FL  32314-5350

**Ron DeSantis**
*Governor*

**Dane Eagle**
*Executive Director*



*189700644 *

Patricia  Magnavita
12976 sw 133rd st
miami, FL 33186

Claimant ID:    7638397

| STATE OF FLORIDA<br>DEPARTMENT OF ECONOMIC OPPORTUNITY<br>SPECIAL PAYMENTS UNIT<br>PO BOX 5350<br>TALLAHASSEE, FL 32314-5350<br>1-800-204-2418 | CERTAIN GOVERNMENT<br>PAYMENTS<br><br>FORM 1099-G |
|---|---|

| PAYER'S Federal Identification number<br><br>36-4706134 | RECIPIENT'S Identification Number<br><br>***-**-0575 | TAX YEAR<br><br>**2020** |
|---|---|---|

| 1. REEMPLOYMENT ASSISTANCE<br><br>**$8,300.00** | 4. Total Federal income tax<br>withheld<br><br><br>**$816.00** | INSTRUCTIONS TO CLAIMANT |
|---|---|---|
| 5. ATAA/RTAA payments<br><br>**$0.00** | | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |

RECIPIENT'S NAME    Patricia  Magnavita

(KEEP FOR YOUR RECORDS)

DEO FORM 1099-G (Rev. 9/2006)

**INSTRUCTIONS FOR RECIPIENT**

**BOX 1. -** Shows total reemployment assistance paid to you this year. This amount is considered taxable income. For details, see the instructions for filing Federal income tax returns. A request can be made for the payer to withhold Federal income tax from each payment on any future benefits, or estimated tax payments can be made by using FORM 1040-ES, Estimated Tax for Individuals.

**BOX 4. -** Shows total Federal income tax withheld. **INCLUDE THIS ON YOUR INCOME TAX RETURN AS TAX WITHHELD.**

**BOX 5. -** Shows taxable Alternative Trade Adjustment Assistance (ATAA) Or Reemployment Trade Adjustment Assistance (RTAA) payments.

**Additional Recipient information - Please read**

Repayments of any overpayment of reemployment assistance in the tax year indicated above should be subtracted from the total amount of reemployment assistance received. Include the adjusted amount on the appropriate line of the income tax form. Enter "Repaid" and the amount repaid in the space to the left of the appropriate line. Any repayments of reemployment assistance in the above tax year that were included in an earlier year may be deducted from the amount repaid. Any questions on how to report repayments of a reemployment assistance overpayment should be directed to the Internal Revenue Service.

A statement of any monies repaid to the Department of Economic Opportunity in the above tax year will be mailed separately.

Patricia  Magnavita
12276 sw 133rd st
miami, FL 33186

An Equal Opportunity Employer Program. Auxiliary aids and services are available upon request to individuals with disabilities. All voice telephone numbers on this document may be reached by persons using TTY/TDD equipment via the Florida Relay Service at 711.

TAB D

4/28/2021                    Gmail - Fwd: Case 21-cv-21088-BB; Animaccord Ltd. v. The Individuals, Partnerships, and Unincorporated Associations identified on Sch...

 Gmail                                                                    **Vicky Magnavita <victoriamagnavita22@gmail.com>**

---

**Fwd: Case 21-cv-21088-BB; Animaccord Ltd. v. The Individuals, Partnerships, and Unincorporated Associations identified on Schedule A**
15 messages

---

**sweet brazil** <sweetbrazilmiami@gmail.com>                                      Thu, Apr 15, 2021 at 5:19 PM
To: victoriamagnavita22@gmail.com

---------- Forwarded message ----------
From: **sweet brazil** <sweetbrazilmiami@gmail.com>
Date: Thu, Apr 15, 2021 at 4:27 PM
Subject: Fwd: Case 21-cv-21088-BB; Animaccord Ltd. v. The Individuals, Partnerships, and Unincorporated Associations identified on Schedule A
To: <cynthiaeden@hotmail.com>

esse e o ultimo email recebido

---------- Forwarded message ----------
From: **Nicole Fundora** <nfundora@brickellip.com>
Date: Tue, Apr 13, 2021 at 5:15 PM
Subject: Case 21-cv-21088-BB; Animaccord Ltd. v. The Individuals, Partnerships, and Unincorporated Associations identified on Schedule A
To: info@brickellip.com <info@brickellip.com>
Cc: rguerra@brickellip.com <rguerra@brickellip.com>, Rafael Perez-Pineiro <rperez@brickellip.com>

To Whom It May Concern:

The Defendants operating under the Seller ID's listed in Schedule "A" to the attached Complaint (collectively, the "Defendants") filed in the above-referenced lawsuit are hereby advised as follows:

Plaintiff's Complaint alleges violations by the Defendants of U.S. federal and state laws prohibiting trademark infringement and unfair competition. A copy of the Complaint, Temporary Restraining Order, Order Permitting Alternative Service, and Issued Summons are attached hereto.

These and other documents relating to the above-referenced lawsuit may be obtained from Plaintiff's attorney at the following address or through the website https://www.dropbox.com/sh/oizy8qun24esq70/AAB8Lvd1HqLKfx_AWxgpPesua?dl=0:

Richard Guerra, Esq.

The Brickell IP Group, PLLC

Email: rguerra@brickellip.com

Direct: 786-405-2453

Please feel free to contact Plaintiff's counsel by email or telephone if you would like to discuss this matter in further detail.

Sincerely,

---

**Richard Guerra, Esq.**

Member

The Brickell IP Group, PLLC

1101 Brickell Avenue

South Tower, Suite 800

Miami, FL 33131

Direct: 786-405-2453

e-mail: rguerra@brickellip.com

www.brickellip.com



THE BRICKELL IP GROUP
I N T E L L E C T U A L   P R O P E R T Y   L A W

4/28/2021          Gmail - Fwd: Case 21-cv-21088-BB; Animaccord Ltd. v. The Individuals, Partnerships, and Unincorporated Associations identified on Sch…

This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

**4 attachments**

📄 **[DE 1] 20210322 - Complaint.pdf**
3307K

📄 **[DE 9] 20210330 - Sealed Order Granting Ex Parte Application for Entry of Temporary Restraining Order.pdf**
258K

📄 **[DE 10] 20210330 - Sealed Order Granting Motion for Alternative Service.pdf**
138K

📄 **[DE 13] 20210405 - Summons.pdf**
105K

---

**Vicky 22** <victoriamagnavita22@gmail.com>                                    Fri, Apr 16, 2021 at 2:00 PM
To: rguerra@brickellip.com

Hello, I am contacting you in regards of this email I received about the lawsuit filed against my company SweetBrazil. It is to my understanding that we had been voluntarily released from the case as that is the email I received with the motion you guys presumably filed in court releasing certain defendants. I am confused on why I am receiving this email if I have been released? Please clarify for me. Thank you for your time.

Diana Magnavita
SweetBrazil
From: **Nicole Fundora** <nfundora@brickellip.com>

Date: Tue, Apr 13, 2021 at 5:15 PM
Subject: Case 21-cv-21088-BB; Animaccord Ltd. v. The Individuals, Partnerships, and Unincorporated Associations identified on Schedule A
To: info@brickellip.com <info@brickellip.com>
Cc: rguerra@brickellip.com <rguerra@brickellip.com>, Rafael Perez-Pineiro <rperez@brickellip.com>

To Whom It May Concern:

The Defendants operating under the Seller ID's listed in Schedule "A" to the attached Complaint (collectively, the "Defendants") filed in the above-referenced lawsuit are hereby advised as follows:

Plaintiff's Complaint alleges violations by the Defendants of U.S. federal and state laws prohibiting trademark infringement and unfair competition.  A copy of the Complaint, Temporary Restraining Order, Order Permitting Alternative Service, and Issued Summons are attached hereto.

These and other documents relating to the above-referenced lawsuit may be obtained from Plaintiff's attorney at the following address or through the website https://www.dropbox.com/sh/oizy8qun24esq70/AAB8Lvd1HqLKfx_AWxgpPesua?dl=0:

Richard Guerra, Esq.

The Brickell IP Group, PLLC

Email: rguerra@brickellip.com

Direct: 786-405-2453

Please feel free to contact Plaintiff's counsel by email or telephone if you would like to discuss this matter in further detail.

Sincerely,

**Richard Guerra, Esq.**                          <image001.jpg>

Member

The Brickell IP Group, PLLC

1101 Brickell Avenue

South Tower, Suite 800

Miami, FL 33131

Direct: 786-405-2453

e-mail: rguerra@brickellip.com

www.brickellip.com

This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

&lt;[DE 1] 20210322 - Complaint.pdf&gt;
&lt;[DE 9] 20210330 - Sealed Order Granting Ex Parte Application for Entry of Temporary Restraining Order.pdf&gt;
&lt;[DE 10] 20210330 - Sealed Order Granting Motion for Alternative Service.pdf&gt;
&lt;[DE 13] 20210405 - Summons.pdf&gt;

---

**rguerra@brickellip.com** &lt;rguerra@brickellip.com&gt;                              Tue, Apr 20, 2021 at 12:58 PM
To: victoriamagnavita22@gmail.com
Cc: rperez &lt;rperez@brickellip.com&gt;, nfundora &lt;nfundora@brickellip.com&gt;

To Whom It May Concern,

As you are aware, we represent the Plaintiff's interests in the above-referenced matter and acknowledge your following offer to potentially settle the above-referenced matter as it pertains to the seller, "SweetBrazil." The evidence of infringement is attached. As set forth in the Complaint, your violations of the Lanham Act, Copyright Act, and common law infringement and unfair competition entitles the Plaintiff to actual damages, statutory damages, attorney's fees, and treble damages for willful infringement. Notwithstanding Plaintiff's entitlement to damages, the Plaintiff has authorized us to settle with first-time infringers in exchange for the seller's consent to cease and desist all infringing activities and a one-time, lump-sum payment of $25,000.00 USD. As part of any settlement, Plaintiff will agree to dismiss and release you from the above-referenced lawsuit. Please feel free to contact me directly if you would like to discuss this matter in further detail.

Sincerely,

Richard Guerra, Esq.

Member

The Brickell IP Group, PLLC

1101 Brickell Avenue

South Tower, Suite 800

Miami, FL 33131

Direct: 786-405-2453

e-mail: rguerra@brickellip.com

www.brickellip.com



THE BRICKELL IP GROUP
INTELLECTUAL PROPERTY LAW

[Quoted text hidden]
[Quoted text hidden]

📄 **12380008298-fullmerge-12380008298-SweetBrazil.pdf**
19445K

---

**Vicky 22** &lt;victoriamagnavita22@gmail.com&gt;                                    Tue, Apr 20, 2021 at 2:01 PM
To: rguerra@brickellip.com

Hello, in reply to the settlement the plaintiff is wanting for the damages, it is unreasonable considering the amount of sales made were less than $800 and I have all the receipts of sales.
Let me know how we can resolve this further,
Thank you
D. Victoria Magnavita

On Apr 20, 2021, at 12:59 PM, rguerra@brickellip.com wrote:

To Whom It May Concern,

As you are aware, we represent the Plaintiff's interests in the above-referenced matter and acknowledge your following offer to potentially settle the above-referenced matter as it pertains to the seller, "SweetBrazil." The evidence of infringement is attached. As set forth in the Complaint, your violations of the Lanham Act, Copyright Act, and common law infringement and unfair competition entitles the Plaintiff to actual damages, statutory damages, attorney's fees, and treble damages for willful infringement. Notwithstanding Plaintiff's entitlement to damages, the Plaintiff has authorized

us to settle with first-time infringers in exchange for the seller's consent to cease and desist all infringing activities and a one-time, lump-sum payment of $25,000.00 USD.  As part of any settlement, Plaintiff will agree to dismiss and release you from the above-referenced lawsuit.  Please feel free to contact me directly if you would like to discuss this matter in further detail.

Sincerely,


**Richard Guerra, Esq.**                          <image001.jpg>

Member

The Brickell IP Group, PLLC

1101 Brickell Avenue

South Tower, Suite 800

Miami, FL 33131

Direct: 786-405-2453

e-mail: rguerra@brickellip.com

www.brickellip.com

[Quoted text hidden]
[Quoted text hidden]
<12380008298-fullmerge-12380008298-SweetBrazil.pdf>

---

**Vicky 22** <victoriamagnavita22@gmail.com>                                         Tue, Apr 20, 2021 at 2:04 PM
To: rguerra@brickellip.com


This is the notice of voluntary dismissal I already received.
D. Victoria Magnavita


On Apr 20, 2021, at 2:01 PM, Vicky 22 <victoriamagnavita22@gmail.com> wrote:

Hello, in reply to the settlement the plaintiff is wanting for the damages, it is unreasonable considering the amount of sales made were less than $800 and I have all the receipts of sales.
Let me know how we can resolve this further,
Thank you
D. Victoria Magnavita


On Apr 20, 2021, at 12:59 PM, rguerra@brickellip.com wrote:


To Whom It May Concern,

As you are aware, we represent the Plaintiff's interests in the above-referenced matter and acknowledge your following offer to potentially settle the above-referenced matter as it pertains to the seller, "SweetBrazil."  The evidence of infringement is attached.  As set forth in the Complaint, your violations of the Lanham Act, Copyright Act, and common law infringement and unfair competition entitles the Plaintiff to actual damages, statutory damages, attorney's fees, and treble damages for willful infringement.  Notwithstanding Plaintiff's entitlement to damages, the Plaintiff has authorized us to settle with first-time infringers in exchange for the seller's consent to cease and desist all infringing activities and a one-time, lump-sum payment of $25,000.00 USD.  As part of any settlement, Plaintiff will agree to dismiss and release you from the above-referenced lawsuit.  Please feel free to contact me directly if you would like to discuss this matter in further detail.

Sincerely,


**Richard Guerra, Esq.**                          <image001.jpg>

Member

The Brickell IP Group, PLLC

1101 Brickell Avenue

South Tower, Suite 800

Miami, FL 33131

Direct: 786-405-2453

e-mail: rguerra@brickellip.com

4/28/2021        Gmail - Fwd: Case 21-cv-21088-BB; Animaccord Ltd. v. The Individuals, Partnerships, and Unincorporated Associations identified on Sch...

Case 1:21-cv-21088-BB   Document 55   Entered on FLSD Docket 04/29/2021   Page 36 of 53

www.brickellip.com

This message (including any attachments) may contain confidential, proprietary, privileged and/or private information.

The information is intended to be for the use of the individual or entity designated above. If you are not the intended

recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any

disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other

than the intended recipient is prohibited.

**From:** Vicky 22 <victoriamagnavita22@gmail.com>
**Sent:** Friday, April 16, 2021 2:00 PM
**To:** rguerra@brickellip.com
**Subject:** Re: Case 21-cv-21088-BB; Animaccord Ltd. v. The Individuals, Partnerships, and Unincorporated Associations identified on Schedule A

Hello, I am contacting you in regards of this email I received about the lawsuit filed against my company SweetBrazil. It is to my understanding that we had been voluntarily released from the case as that is the email I received with the motion you guys presumably filed in court releasing certain defendants. I am confused on why I am receiving this email if I have been released? Please clarify for me. Thank you for your time.

Diana Magnavita

SweetBrazil

**From:** Nicole Fundora <nfundora@brickellip.com>

Date: Tue, Apr 13, 2021 at 5:15 PM
Subject: Case 21-cv-21088-BB; Animaccord Ltd. v. The Individuals, Partnerships, and Unincorporated Associations identified on Schedule A
To: info@brickellip.com <info@brickellip.com>
Cc: rguerra@brickellip.com <rguerra@brickellip.com>, Rafael Perez-Pineiro <rperez@brickellip.com>

To Whom It May Concern:

The Defendants operating under the Seller ID's listed in Schedule "A" to the attached Complaint (collectively, the "Defendants") filed in the above-referenced lawsuit are hereby advised as follows:

Plaintiff's Complaint alleges violations by the Defendants of U.S. federal and state laws prohibiting trademark infringement and unfair competition.  A copy of the Complaint, Temporary Restraining Order, Order Permitting Alternative Service, and Issued Summons are attached hereto.

These and other documents relating to the above-referenced lawsuit may be obtained from Plaintiff's attorney at the following address or through the website https://www.dropbox.com/sh/oizy8qun24esq70/AAB8Lvd1HqLKfx_AWxgpPesua?dl=0:

Richard Guerra, Esq.

The Brickell IP Group, PLLC

Email: rguerra@brickellip.com

Direct: 786-405-2453

Please feel free to contact Plaintiff's counsel by email or telephone if you would like to discuss this matter in further detail.

Sincerely,

**Richard Guerra, Esq.**                          <image001.jpg>

Member

Case 1:21-cv-21088-BB   Document 55   Entered on FLSD Docket 04/29/2021   Page 37 of 53

4/28/2021          Gmail - Fwd: Case 21-cv-21088-BB; Animaccord Ltd. v. The Individuals, Partnerships, and Unincorporated Associations identified on Sch…

The Brickell IP Group, PLLC

1101 Brickell Avenue

South Tower, Suite 800

Miami, FL 33131

Direct: 786-405-2453

e-mail: rguerra@brickellip.com

www.brickellip.com

This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

<[DE 1] 20210322 - Complaint.pdf>

<[DE 9] 20210330 - Sealed Order Granting Ex Parte Application for Entry of Temporary Restraining Order.pdf>

<[DE 10] 20210330 - Sealed Order Granting Motion for Alternative Service.pdf>

<[DE 13] 20210405 - Summons.pdf>

<12380008298-fullmerge-12380008298-SweetBrazil.pdf>

📄 [DE 18] 20210315 - Notice of Voluntary Dismissal as to Certain Defendants Only.pdf
113K

---

**rguerra@brickellip.com** <rguerra@brickellip.com>                                      Tue, Apr 20, 2021 at 2:05 PM
To: Vicky 22 <victoriamagnavita22@gmail.com>

The client is willing to entertain counter offers.

Richard Guerra, Esq.

Member

The Brickell IP Group, PLLC

1101 Brickell Avenue

South Tower, Suite 800

Miami, FL 33131

Direct: 786-405-2453

e-mail: rguerra@brickellip.com

www.brickellip.com



THE BRICKELL IP GROUP
INTELLECTUAL PROPERTY LAW

[Quoted text hidden]
[Quoted text hidden]

---

**Vicky 22** <victoriamagnavita22@gmail.com>                                             Tue, Apr 20, 2021 at 2:12 PM
To: rguerra@brickellip.com

Seller's consent to cease and desist all infringing activities pertaining to Masha & the Bear along with the exact amount profited from the sold products. We can send you the receipts and we'll calculate the exact amount sold later today. The receipts are all on Etsy.

D. Victoria Magnavita

On Apr 20, 2021, at 2:05 PM, rguerra@brickellip.com wrote:

The client is willing to entertain counter offers.

Case 1:21-cv-21088-BB   Document 55   Entered on FLSD Docket 04/29/2021   Page 38 of 53

4/28/2021                Gmail - Fwd: Case 21-cv-21088-BB; Animaccord Ltd. v. The Individuals, Partnerships, and Unincorporated Associations identified on Sch…

**Richard Guerra, Esq.**                          <image001.jpg>

Member

The Brickell IP Group, PLLC

1101 Brickell Avenue

South Tower, Suite 800

Miami, FL 33131

Direct: 786-405-2453

e-mail: rguerra@brickellip.com

www.brickellip.com

[Quoted text hidden]
[Quoted text hidden]

---

**Vicky 22** <victoriamagnavita22@gmail.com>                              Tue, Apr 27, 2021 at 4:43 PM
To: rguerra@brickellip.com

Our offer is Seller's consent to cease and desist all infringing activities pertaining to Masha & the Bear along with one time lump sum of exact amount profited from the sold products. Total Profit made from the products $417.


D. Victoria Magnavita


    On Apr 20, 2021, at 2:12 PM, Vicky 22 <victoriamagnavita22@gmail.com> wrote:

    Seller's consent to cease and desist all infringing activities pertaining to Masha & the Bear along with the exact amount profited from the sold products.

---

📄 **20210421105522798.pdf**
    1904K

---

**Nicole Fundora** <nfundora@brickellip.com>                              Tue, Apr 27, 2021 at 6:32 PM
To: "victoriamagnavita22@gmail.com" <victoriamagnavita22@gmail.com>
Cc: "rguerra@brickellip.com" <rguerra@brickellip.com>, Rafael Perez-Pineiro <rperez@brickellip.com>


Dear Ms. Magnavita,


As you are aware, we represent the Plaintiff's interests in the above-referenced matter and acknowledge your following offer to potentially settle the above-referenced matter as it pertains to the seller, "**SweetBrazil**." The evidence of infringement is attached. As set forth in the Complaint, your violations of the Lanham Act, common law infringement and unfair competition entitles the Plaintiff to actual damages, statutory damages, attorney's fees, and treble damages for willful infringement. Notwithstanding Plaintiff's entitlement to damages, the Plaintiff has authorized us to settle with first-time infringers in exchange for the seller's consent to cease and desist all infringing activities and a one-time, lump-sum payment of $25,000.00 USD. As part of any settlement, Plaintiff will agree to dismiss and release you from the above-referenced lawsuit. Please feel free to contact me directly if you would like to discuss this matter in further detail.


Sincerely,


**Nicole Fundora, Esq.**

Associate

The Brickell IP Group, PLLC

1101 Brickell Avenue                          

South Tower, Suite 800

Miami, FL 33131

Direct: 786-468-9736

e-mail: nfundora@brickellip.com

4/28/2021        Gmail - Fwd: Case 21-cv-21088-BB; Animaccord Ltd. v. The Individuals, Partnerships, and Unincorporated Associations identified on Sch…

www.brickellip.com

This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

**From:** Vicky 22 <victoriamagnavita22@gmail.com>
**Sent:** Tuesday, April 27, 2021 4:44 PM
**To:** rguerra@brickellip.com
**Subject:** Re: Case 21-cv-21088-BB; Animaccord Ltd. v. The Individuals, Partnerships, and Unincorporated Associations identified on Schedule A

Our offer is Seller's consent to cease and desist all infringing activities pertaining to Masha & the Bear along with one time lump sum of exact amount profited from the sold products. Total Profit made from the products $417.

📄 **product-SweetBrazil.pdf**
  1610K

---

**Vicky 22** <victoriamagnavita22@gmail.com>                                        Tue, Apr 27, 2021 at 6:42 PM
To: Nicole Fundora <nfundora@brickellip.com>

Hi Nicole, im not understanding why I am being forwarded the same email I already read, acknowledged and replied to. I'm simply replying as a continuation of our previous conversation about the plaintiff being open to offers.

D. Victoria Magnavita

On Apr 27, 2021, at 6:32 PM, Nicole Fundora <nfundora@brickellip.com> wrote:

Dear Ms. Magnavita,

As you are aware, we represent the Plaintiff's interests in the above-referenced matter and acknowledge your following offer to potentially settle the above-referenced matter as it pertains to the seller, "**SweetBrazil**." The evidence of infringement is attached. As set forth in the Complaint, your violations of the Lanham Act, common law infringement and unfair competition entitles the Plaintiff to actual damages, statutory damages, attorney's fees, and treble damages for willful infringement. Notwithstanding Plaintiff's entitlement to damages, the Plaintiff has authorized us to settle with first-time infringers in exchange for the seller's consent to cease and desist all infringing activities and a one-time, lump-sum payment of $25,000.00 USD. As part of any settlement, Plaintiff will agree to dismiss and release you from the above-referenced lawsuit. Please feel free to contact me directly if you would like to discuss this matter in further detail.

Sincerely,

**Nicole Fundora, Esq.**                              <image001.jpg>

Associate

The Brickell IP Group, PLLC

1101 Brickell Avenue

South Tower, Suite 800

Miami, FL 33131

Direct: 786-468-9736

e-mail: nfundora@brickellip.com

www.brickellip.com

4/28/2021     Gmail - Fwd: Case 21-cv-21088-BB; Animaccord Ltd. v. The Individuals, Partnerships, and Unincorporated Associations identified on Sch...

Case 1:21-cv-21088-BB   Document 55   Entered on FLSD Docket 04/29/2021   Page 40 of 53

This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

**From:** Vicky 22 <victoriamagnavita22@gmail.com>
**Sent:** Tuesday, April 27, 2021 4:44 PM
**To:** rguerra@brickellip.com
**Subject:** Re: Case 21-cv-21088-BB; Animaccord Ltd. v. The Individuals, Partnerships, and Unincorporated Associations identified on Schedule A

Our offer is Seller's consent to cease and desist all infringing activities pertaining to Masha & the Bear along with one time lump sum of exact amount profited from the sold products. Total Profit made from the products $417.

<product-SweetBrazil.pdf>

---

**Nicole Fundora** <nfundora@brickellip.com>     Tue, Apr 27, 2021 at 6:46 PM
To: Vicky 22 <victoriamagnavita22@gmail.com>
Cc: "rguerra@brickellip.com" <rguerra@brickellip.com>, "rperez@brickellip.com" <rperez@brickellip.com>

Ms. Magnavita,

Our client has rejected your offer of $417 USD, but has agreed to lower its initial offer to $19,500.00 and will entertain additional counter offers.

Thank you,

Nicole Fundora

[Quoted text hidden]

---

**Vicky 22** <victoriamagnavita22@gmail.com>     Tue, Apr 27, 2021 at 6:51 PM
To: Nicole Fundora <nfundora@brickellip.com>

Anything above $417 is not doable, as the owner of the company is a single mother who is on unemployment because of the pandemic, and has not even claimed 20k in income taxes for her business.

D. Victoria Magnavita

> On Apr 27, 2021, at 6:46 PM, Nicole Fundora <nfundora@brickellip.com> wrote:

[Quoted text hidden]

---

**Nicole Fundora** <nfundora@brickellip.com>     Tue, Apr 27, 2021 at 6:58 PM
To: Vicky 22 <victoriamagnavita22@gmail.com>
Cc: "rguerra@brickellip.com" <rguerra@brickellip.com>, "rperez@brickellip.com" <rperez@brickellip.com>

Ms. Magnavita,

The client will not agree to $417 USD. If you are unwilling to continue settlement negotiations, we will proceed with seeking a default judgment on the entire amount restrained.

Regards,

[Quoted text hidden]

---

**Vicky 22** <victoriamagnavita22@gmail.com>     Tue, Apr 27, 2021 at 7:05 PM
To: Nicole Fundora <nfundora@brickellip.com>

Okay we will continue with the court proceedings.

Case 1:21-cv-21088-BB   Document 55   Entered on FLSD Docket 04/29/2021   Page 41 of 53

D. Victoria Magnavita

[Quoted text hidden]

---

**Vicky 22** <victoriamagnavita22@gmail.com>                                                    Wed, Apr 28, 2021 at 8:56 AM
To: Nicole Fundora <nfundora@brickellip.com>

Hi, it is my understanding that you are seeking default judgement from the court. However, I was never emailed or properly served and notified of the lawsuit until April 13 which is the day you emailed me my summons and day I received it, as I still have that email.

D. Victoria Magnavita

> On Apr 27, 2021, at 7:05 PM, Vicky 22 <victoriamagnavita22@gmail.com> wrote:
>
> Okay we will continue with the court proceedings.
> [Quoted text hidden]

TAB E

 Gmail                                    Vicky Magnavita <victoriamagnavita22@gmail.com>

## Masha and the Bear

4 messages

**Vicky 22** <victoriamagnavita22@gmail.com>                         Mon, Mar 15, 2021 at 8:07 PM
To: rguerra@brickellip.com

> Plaintiff: Masha and the Bear
> Court Case Number: Animaccord LTD v The Individuals et al; Case No.
> 21CV20744COOKEOSULLIVAN
>
> Hello, hope this email finds you well,I am contacting you in behalf of Sweet Brazil Miami.
> For the first time I am being made aware of a suit filed over a potential intellectual property infringement of Masha and the
> Bear. I have been notified through paypal and not any legal document so I am not entirely sure what the claim states nor
> the Plaintiff's objective. However, I am more than willing to solve this out of the court if possible. I have documents of
> proof as requested to any claims, let me know what we can arrange for a settlement in both our favors.
>
> Thank you,
> Diana Magnavita
> Patricia Magnavita
> Sweet Brazil Miami

**rguerra@brickellip.com** <rguerra@brickellip.com>                Mon, Mar 15, 2021 at 11:06 PM
To: Vicky 22 <victoriamagnavita22@gmail.com>
Cc: rperez@brickellip.com, nfundora <nfundora@brickellip.com>

Please send the seller id and merchant account number which this is in reference to.  Thank you.

## Richard Guerra, Esq.

Member

The Brickell IP Group, PLLC

1101 Brickell Avenue

South Tower, Suite 800

Miami, FL 33131

Direct: 786-405-2453

e-mail: rguerra@brickellip.com

www.brickellip.com



This message (including any attachments) may contain confidential, proprietary, privileged and/or private information.

The information is intended to be for the use of the individual or entity designated above. If you are not the intended

recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any

disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other

than the intended recipient is prohibited.

[Quoted text hidden]

---

**Vicky 22** <victoriamagnavita22@gmail.com>                          Mon, Mar 15, 2021 at 11:28 PM
To: rguerra@brickellip.com

Www.Etsy.com/shop/sweetbrazil
Can't get the seller ID since shop on Etsy was suspended.

D. Victoria Magnavita

> On Mar 15, 2021, at 11:06 PM, rguerra@brickellip.com wrote:
>
>
> Please send the seller id and merchant account number which this is in reference to.  Thank you.
>
>
> # Richard Guerra, Esq.                                    <image001.jpg>
>
> Member
>
> The Brickell IP Group, PLLC
>
> 1101 Brickell Avenue
>
> South Tower, Suite 800
>
> Miami, FL 33131
>
> Direct: 786-405-2453
>
> e-mail: rguerra@brickellip.com
>
> www.brickellip.com
>
> [Quoted text hidden]

---

**rguerra@brickellip.com** <rguerra@brickellip.com>                  Tue, Mar 16, 2021 at 11:34 AM
To: Vicky 22 <victoriamagnavita22@gmail.com>
Cc: rperez <rperez@brickellip.com>, Nicole Fundora <nfundora@brickellip.com>

We have voluntarily dismissed this seller from this matter.  The notice of dismissal is attached and we have instructed
PayPal to release this account.  Thank you.

# Richard Guerra, Esq.

Member

The Brickell IP Group, PLLC

1101 Brickell Avenue

South Tower, Suite 800



Miami, FL 33131

Direct: 786-405-2453

e-mail: rguerra@brickellip.com

www.brickellip.com

[Quoted text hidden]
[Quoted text hidden]

**[DE 18] 20210315 - Notice of Voluntary Dismissal as to Certain Defendants Only.pdf**
113K

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:21-cv-20744-MGC/O'Sullivan

ANIMACCORD LTD.,
a Cyprus limited company,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

      Defendants.

_____/

## **NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned

counsel, Plaintiff hereby voluntarily dismisses without prejudice all claims against the following

Defendants:

CALANARAM (Defendant No. 115 on Schedule "A" to the Complaint);

ANGEL V DISTIBUTION (Defendant No. 118 on Schedule "A" to the Complaint);

NATURAL BEHAVIOUR (Defendant No. 119 on Schedule "A" to the Complaint);

QUALITY MASCOTS COSTUMES (Defendant No. 122 on Schedule "A" to the Complaint);

BELLISSIMO PAPERIE (Defendant No. 191 on Schedule "A" to the Complaint);

PERSONALIZEDFUN (Defendant No. 192 on Schedule "A" to the Complaint);

SALENS SVR DESIGN (Defendant No. 194 on Schedule "A" to the Complaint);

INTERNATIONALTOYSCOM (Defendant No. 221 on Schedule "A" to the Complaint);

KARI882004 (Defendant No. 257 on Schedule "A" to the Complaint);

AXCERO (Defendant No. 260 on Schedule "A" to the Complaint);

PERSONALIZEDFUN (Defendant No. 261 on Schedule "A" to the Complaint);

ANGY_BAY (Defendant No. 262 on Schedule "A" to the Complaint);

CHARMGURLZ (Defendant No. 263 on Schedule "A" to the Complaint);

EDIBLEPRINTSONCAKE0 (Defendant No. 264 on Schedule "A" to the Complaint);

TWOSWEETEDIBLECAKEIMAGES (Defendant No. 266 on Schedule "A" to the Complaint);

GRFENTERPRISES11 (Defendant No. 267 on Schedule "A" to the Complaint);

DEADPUNKY (Defendant No. 268 on Schedule "A" to the Complaint);

RALOC2014 (Defendant No. 269 on Schedule "A" to the Complaint);

DPL-12 (Defendant No. 270 on Schedule "A" to the Complaint);

LASTINGIMPRESSIONS4U* (Defendant No. 271 on Schedule "A" to the Complaint);

COURTGREG (Defendant No. 272 on Schedule "A" to the Complaint);

KIDSWORLDS (Defendant No. 282 on Schedule "A" to the Complaint);

RINCONOAXACA (Defendant No. 283 on Schedule "A" to the Complaint);

BABYEDENBOUTIQUE (Defendant No. 284 on Schedule "A" to the Complaint);

CRAFTYWORLDBYLESLIE (Defendant No. 285 on Schedule "A" to the Complaint);

JEWELESDECOR (Defendant No. 286 on Schedule "A" to the Complaint);

SHERRISEWCUTEDESIGNS (Defendant No. 287 on Schedule "A" to the Complaint);

BECREATIVEDESIGNSHOP (Defendant No. 288 on Schedule "A" to the Complaint);

JOYJOEYKANGAROO (Defendant No. 289 on Schedule "A" to the Complaint);

MUMANDGIASIMPRINTS (Defendant No. 290 on Schedule "A" to the Complaint);

CORNERSTOREPINATAS (Defendant No. 292 on Schedule "A" to the Complaint);

MIMISTUTUCREATIONS (Defendant No. 294 on Schedule "A" to the Complaint);

TROPICOLCROCHETMORE (Defendant No. 295 on Schedule "A" to the Complaint);

UNDERCOUNTRYWILLOWS (Defendant No. 296 on Schedule "A" to the Complaint);

PRETTYBOUTIQUEUS (Defendant No. 297 on Schedule "A" to the Complaint);

TWOMONKEYSCO (Defendant No. 298 on Schedule "A" to the Complaint);

ABCFABRICS (Defendant No. 300 on Schedule "A" to the Complaint);

PARTYDINO (Defendant No. 302 on Schedule "A" to the Complaint);

RACHELTREASURESSHOP (Defendant No. 303 on Schedule "A" to the Complaint);

SWEETBRAZIL (Defendant No. 304 on Schedule "A" to the Complaint);

KANNELJARVI (Defendant No. 305 on Schedule "A" to the Complaint);

ALLSHOPLLC (Defendant No. 306 on Schedule "A" to the Complaint);

AMAZINGKIDPARTY (Defendant No. 307 on Schedule "A" to the Complaint);

ONDOTSHIRTS (Defendant No. 308 on Schedule "A" to the Complaint);

BOLDDESIGNS4ALL (Defendant No. 310 on Schedule "A" to the Complaint);

LISASTUTUS (Defendant No. 311 on Schedule "A" to the Complaint);

BELLSPAPERHOUSE (Defendant No. 312 on Schedule "A" to the Complaint);

CUSTOMCELEDECO (Defendant No. 314 on Schedule "A" to the Complaint);

PRETTYINBOWZ (Defendant No. 315 on Schedule "A" to the Complaint);

KDSUS (Defendant No. 317 on Schedule "A" to the Complaint);

GOLDENCLIPARTS (Defendant No. 318 on Schedule "A" to the Complaint);

CREATINGCOLORSTUDIO (Defendant No. 319 on Schedule "A" to the Complaint);

LILBIRTHDAYBOUTIQUE (Defendant No. 320 on Schedule "A" to the Complaint);

PARTYDEPOTCRAFTS (Defendant No. 321 on Schedule "A" to the Complaint);

DURABLEFACEMASKS (Defendant No. 322 on Schedule "A" to the Complaint);

3

LRCREATIONSNMORE (Defendant No. 323 on Schedule "A" to the Complaint);

PINKBOW89 (Defendant No. 324 on Schedule "A" to the Complaint);

MSCENTERPIECEGALORE (Defendant No. 325 on Schedule "A" to the Complaint);

DIECUTSPARTY (Defendant No. 326 on Schedule "A" to the Complaint);

MARIEDESIGNSSHOP (Defendant No. 327 on Schedule "A" to the Complaint);

ARWITHLOVE1 (Defendant No. 328 on Schedule "A" to the Complaint);

ARTCITYDIGITAL (Defendant No. 331 on Schedule "A" to the Complaint);

MISSCOCOSCONCOCTIONS (Defendant No. 332 on Schedule "A" to the Complaint);

JJINVITES (Defendant No. 334 on Schedule "A" to the Complaint);

ROOMOFDESIGN (Defendant No. 336 on Schedule "A" to the Complaint);

LUNABERRYDREAMS (Defendant No. 337 on Schedule "A" to the Complaint);

DALEYZASBOWSUPPLY (Defendant No. 338 on Schedule "A" to the Complaint);

DALEYZASBOWTIQUE (Defendant No. 339 on Schedule "A" to the Complaint);

DELIONDESIGNSGIFTS (Defendant No. 340 on Schedule "A" to the Complaint);

PARTYDESIGNSBYLORI (Defendant No. 341 on Schedule "A" to the Complaint);

LAVANDABOUTIQUE (Defendant No. 342 on Schedule "A" to the Complaint);

SOOINSTYLE (Defendant No. 345 on Schedule "A" to the Complaint);

JOYFULBOWSANDRIBBONS (Defendant No. 346 on Schedule "A" to the Complaint);

JOYFULKIDSDECOR (Defendant No. 347 on Schedule "A" to the Complaint);

IZZYSBOWSHOP (Defendant No. 348 on Schedule "A" to the Complaint);

IBIZADESIGN (Defendant No. 349 on Schedule "A" to the Complaint);

UBYUSDESIGN (Defendant No. 350 on Schedule "A" to the Complaint);

PERSONALIZEDTRANSFER (Defendant No. 351 on Schedule "A" to the Complaint);

BYMEUSA (Defendant No. 352 on Schedule "A" to the Complaint);

CALIFORNIASTUDIOART (Defendant No. 353 on Schedule "A" to the Complaint);

FASHIONSTATION (Defendant No. 354 on Schedule "A" to the Complaint);

TWIRLBBCB (Defendant No. 355 on Schedule "A" to the Complaint);

BOOBOOKITTYBIRTHDAYS (Defendant No. 357 on Schedule "A" to the Complaint);

PRINCESSMILANA (Defendant No. 358 on Schedule "A" to the Complaint);

CALICOPATCH4KIDS (Defendant No. 359 on Schedule "A" to the Complaint);

BELLESCUSTOMDESIGNS (Defendant No. 360 on Schedule "A" to the Complaint);

ELENASCREATIVESHOP (Defendant No. 361 on Schedule "A" to the Complaint);

ILLUSTRATEDAPPARELS (Defendant No. 365 on Schedule "A" to the Complaint);

LADYHURNSDESIGNS (Defendant No. 366 on Schedule "A" to the Complaint);

CAKESMASHBYSAMAISAAC (Defendant No. 367 on Schedule "A" to the Complaint);

PINPOINTDESIGNS (Defendant No. 368 on Schedule "A" to the Complaint);

DAZZLEMECUSTOMS (Defendant No. 370 on Schedule "A" to the Complaint);

VIKTORIYASSHOP (Defendant No. 371 on Schedule "A" to the Complaint);

KIDSPARTYDREAMS (Defendant No. 373 on Schedule "A" to the Complaint);

BECCAPARTYOUTFITS (Defendant No. 379 on Schedule "A" to the Complaint);

ONCEUPONATUTUS (Defendant No. 382 on Schedule "A" to the Complaint);

PERSONALIZEDFUNFORU (Defendant No. 383 on Schedule "A" to the Complaint);

DMEPARTYEXCLUSIVES (Defendant No. 384 on Schedule "A" to the Complaint);

ENILADESIGNS (Defendant No. 385 on Schedule "A" to the Complaint);

BOUTIQUEARTDESIGNUA (Defendant No. 386 on Schedule "A" to the Complaint);

DESINGRSZNART (Defendant No. 387 on Schedule "A" to the Complaint);

BUBUSMAMASHOP (Defendant No. 388 on Schedule "A" to the Complaint);

BAGLADY18 (Defendant No. 392 on Schedule "A" to the Complaint);

SPARKLYANDPARTY (Defendant No. 393 on Schedule "A" to the Complaint);

ICANDIESCREATION (Defendant No. 394 on Schedule "A" to the Complaint);

UNIQUEGLITTERSHOP (Defendant No. 395 on Schedule "A" to the Complaint);

VICTORIARIVERAS (Defendant No. 396 on Schedule "A" to the Complaint);

ISASANTO (Defendant No. 398 on Schedule "A" to the Complaint);

FIESTAOASIS (Defendant No. 399 on Schedule "A" to the Complaint);

PIKORETTAS (Defendant No. 400 on Schedule "A" to the Complaint);

BELLAELECTRONICS (Defendant No. 401 on Schedule "A" to the Complaint);

EMMASMOMCROCHETNMORE (Defendant No. 402 on Schedule "A" to the Complaint);

JOWARDCREATIONS (Defendant No. 405 on Schedule "A" to the Complaint);

ASHSLAYSCREATIONSCO (Defendant No. 408 on Schedule "A" to the Complaint);

BIRTHDAYSHIRTSANMORE (Defendant No. 410 on Schedule "A" to the Complaint);

WOODSNACKS (Defendant No. 412 on Schedule "A" to the Complaint);

DELAFLORBOUTIQUE (Defendant No. 413 on Schedule "A" to the Complaint);

PARTYADVANTAGEPLUS (Defendant No. 414 on Schedule "A" to the Complaint);

WHIMSYRANCH (Defendant No. 416 on Schedule "A" to the Complaint);

SOMOSBEAUTIQUE (Defendant No. 417 on Schedule "A" to the Complaint);

SPARKLYCANDY (Defendant No. 418 on Schedule "A" to the Complaint);

CELEBRATIONTSHIRTS (Defendant No. 420 on Schedule "A" to the Complaint);

ULIANACREATION (Defendant No. 421 on Schedule "A" to the Complaint);

ROY PARKS (Defendant No. 497 on Schedule "A" to the Complaint);

SLAL159753 (Defendant No. 534 on Schedule "A" to the Complaint);

SSGL1522 (Defendant No. 539 on Schedule "A" to the Complaint);

STT (Defendant No. 543 on Schedule "A" to the Complaint);

A BIRTHDAY PLACE (Defendant No. 544 on Schedule "A" to the Complaint);

EDIBLEINKART (Defendant No. 545 on Schedule "A" to the Complaint);

MISH S.ALRUSHAI (Defendant No. 549 on Schedule "A" to the Complaint);

JOEJOESTAR (Defendant No. 550 on Schedule "A" to the Complaint);

ATIGA JAMEL (Defendant No. 557 on Schedule "A" to the Complaint);

KICCHETTA95 (Defendant No. 558 on Schedule "A" to the Complaint);

ZNAMENSKI (Defendant No. 561 on Schedule "A" to the Complaint);

MISH S.ALRUSHAID (Defendant No. 567 on Schedule "A" to the Complaint);

LEGAEVIS (Defendant No. 572 on Schedule "A" to the Complaint);

PAJON (Defendant No. 582 on Schedule "A" to the Complaint);

GSTYLED (Defendant No. 583 on Schedule "A" to the Complaint);

SMILEY FASHION CREATIONS (Defendant No. 584 on Schedule "A" to the Complaint);

BORNTOBECHILD (Defendant No. 585 on Schedule "A" to the Complaint);

GGSTD. (Defendant No. 586 on Schedule "A" to the Complaint);

LOMBOKLIMA (Defendant No. 587 on Schedule "A" to the Complaint);

TEMBOKBATAS (Defendant No. 588 on Schedule "A" to the Complaint);

RUSTOYSHOP (Defendant No. 589 on Schedule "A" to the Complaint);

GARDENIA BACKDROP (Defendant No. 590 on Schedule "A" to the Complaint); and

SHSH TRADE GROUP (Defendant No. 591 on Schedule "A" to the Complaint).

Date:   March 15, 2021

Respectfully submitted by,

THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami FL, 33131
Tel: 305-728-8831
Fax: 305-428-2450

By:     */s/ Richard Guerra*_____
Richard Guerra
Fla. Bar No. 689521
Email: rguerra@brickellip.com
Rafael Perez-Pineiro
Fla. Bar No. 543101
Email: rperez@brickellip.com
Nicole Fundora
Fla. Bar No. 1010231
Email: nfundora@brickellip.com
*Counsel for Plaintiff*