Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

Division

| | | |
|---|---|---|
| ANIMACCORD LTD<br>a Cyprus limited company<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br>THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 21-cv-21088-BLOOM/Oatzo-Reyes<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☒ Yes ☐ No<br><br> |

## THE DEFENDANT'S ANSWER TO THE COMPLAINT

I.  **The Parties Filing This Answer to the Complaint**

Provide the information below for each defendant filing this answer or other response to the allegations in the plaintiff's complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | CHELSI N. HURNS dba LadyHurnsDesigns |
| Street Address | 24015 VIA VIALE DR |
| City and County | RICHMOND, FORT BEND |
| State and Zip Code | TEXAS, 77406 |
| Telephone Number | 281-910-9540 |
| E-mail Address | ladyhurnsdesigns@gmail.com |

II. **The Answer and Defenses to the Complaint**

  A. **Answering the Claims for Relief**

  On a separate page or pages, write a short and plain statement of the answer to the allegations in the complaint. Number the paragraphs. The answer should correspond to each paragraph in the complaint, with paragraph 1 of the answer corresponding to paragraph 1 of the complaint, etc. For each paragraph in the complaint, state whether: the defendant admits the allegations in that paragraph; denies the allegations; lacks sufficient knowledge to admit or deny the allegations; or admits certain allegations but denies, or lacks sufficient knowledge to admit or deny, the rest.

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

### B. Presenting Defenses to the Claims for Relief

Write a short and plain statement identifying the defenses to the claims, using one or more of the following alternatives that apply.

1. The court does not have subject-matter jurisdiction over the claims because *(briefly explain why there is no federal-question jurisdiction or diversity-of-citizenship jurisdiction; see the complaint form for more information)*

   > Defendant denies that this Court has subject matter jurisdiction. Defendant admits the allegations of the nature of the case in paragraph 1.

2. The court does not have personal jurisdiction over the defendant because *(briefly explain)*

   > Defendant denies that this Court has personal jurisdiction as alleged in paragraph 7. Defendant denies any direct business activities toward and/or conduct business with consumers in the State of Florida. Defendant does not reside in the State of Florida.

3. The venue where the court is located is improper for this case because *(briefly explain)*

   > Answering paragraph 8 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them. Defendant denies advertising, offering to sell, selling and/or shipping infringing products into this District.

4. The defendant was served but the process—the form of the summons—was insufficient because *(briefly explain)*

   > Defendant was notified through third party via Paypal which affected account access due to possible infringement. A summons—or a copy of a summons that is addressed to multiple defendants—must be issued for each defendant to be served.

5. The manner of serving the defendant with the summons and complaint was insufficient because *(briefly explain)*

   > Summons was not issued in a time as stated in Rule 4. .A summons must be served with a copy of the complaint. The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes service.

6. The complaint fails to state a claim upon which relief can be granted because *(briefly explain why the facts alleged, even if true, are not enough to show the plaintiff's right to recover)*

   > Answering the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

7. Another party *(name)* [Etsy, Inc also known as Etsy] needs to be joined (added) in the case. The reason is *(briefly explain why joining another party is required)*

> Etsy, Inc also known as Etsy, enabled and/or supported, promoted, offering to sale and distribute goods through the Etsy website. Etsy knownlingly and with intention help market the infringing work. Etsy received substantial earning profits.

a. If the basis for subject-matter jurisdiction is diversity of citizenship, state the effect of adding the other party:

The other party is a citizen of the State of *(name)* New York.

Or is a citizen of *(foreign nation)* [        ]. The amount of damages sought from this other party is *(specify the amount)* [        ].

b. If the claim by this other party is based on an alleged violation of a federal constitutional or statutory right, state the basis:

### C. Asserting Affirmative Defenses to the Claims for Relief

Identify an affirmative defense or avoidance that provides a basis for the defendant to avoid liability for one or more of the plaintiff's claims even if the basis for the claim is met. Any affirmative defense or avoidance must be identified in the answer. Include any of the following that apply, as well as any others that may apply.

The plaintiff's claim for *(specify the claim)*

is barred by *(identify one or more of the following that apply)*:

1. Accord and satisfaction *(briefly explain)*

2. Arbitration and award *(briefly explain)*

3. Assumption of risk *(briefly explain)*

4. Contributory or comparative negligence of the plaintiff *(briefly explain)*

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

5. Duress *(briefly explain)*

6. Estoppel *(briefly explain)*

7. Failure of consideration *(briefly explain)*

8. Fraud *(briefly explain)*

9. Illegality *(briefly explain)*

10. Injury by fellow employee *(briefly explain)*

11. Laches (Delay) *(briefly explain)*

12. License *(briefly explain)*

13. Payment *(briefly explain)*

14. Release *(briefly explain)*

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

15. Res judicata *(briefly explain)*

16. Statute of frauds *(briefly explain)*

17. Statute of limitations *(briefly explain)*

18. Waiver *(briefly explain)*

19. Other *(briefly explain)*

### D. Asserting Claims Against the Plaintiff (Counterclaim) or Against Another Defendant (Cross–Claim)

For either a counterclaim against the plaintiff or a cross–claim against another defendant, state briefly the facts showing why the defendant asserting the counterclaim or cross–claim is entitled to the damages or other relief sought. Do not make legal arguments. State how each opposing party was involved and what each did that caused the defendant harm or violated the defendant's rights, including the dates and places of that involvement or conduct. If more than one counterclaim or cross–claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. The defendant has the following claim against the plaintiff *(specify the claim and explain it; include a further statement of jurisdiction, if needed)*:

2. The defendant has the following claim against one or more of the other defendants *(specify the claim and explain it; include a further statement of jurisdiction, if needed)*:

3. State briefly and precisely what damages or other relief the party asserting a counterclaim or cross–claim asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons that are alleged to entitle the party to actual or punitive money damages.

   a. The defendant asserting the counterclaim or cross–claim against *(specify who the claim is against)* [          ] alleges that the following injury or damages resulted *(specify)*:

   b. The defendant seeks the following damages or other relief *(specify)*:

## III. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this answer: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the answer otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/23/2021

Signature of Defendant: *[signature]*

Printed Name of Defendant: Chelsi N. Hurns

### B. For Attorneys

Date of signing:

Signature of Attorney:

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

| | |
|---|---|
| Printed Name of Attorney | |
| Bar Number | |
| Name of Law Firm | |
| Street Address | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

Chelsi N. Hurns

ladyhurnsdesigns@gmail.com

24015 Via Viale Dr

Richmond, TX 77406

Phone: (281) 910-9540

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

ANIMACCORD LTD

a Cyprus limited company Plaintiff,

vs.

THE INDIVIDUALS, PARTNERSHIPS AND

UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendant(s).

Case No.: 21-cv-21088-BLOOM/Oatzo-Reyes

## ANSWER TO COMPLAINT

COMES NOW Chelsi N. Hurns (an individual) also known as LadyHurnsDesigns (Defendant) answering the Complaint filed by Animaccord LTD, a Cyprus limited company alleging trademark counterfeiting and infringement, false designation of origin under the Lanham Act, common law unfair competition, common law trademark infringement and copyright infringement by responding as set forth below, and Defendant raises affirmative defenses as follows:

### JURISDICTION AND VENUE

1. Defendant admits the allegations of the nature of the case in paragraph (1).

2. Defendant denies the allegations of subject matter jurisdiction in paragraph two (2).

3. Defendant denies that this Court has subject matter jurisdiction or personal jurisdiction as alleged in paragraph 3.

4. Answering paragraph 4 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

5. Answering paragraph 5 of the Complaint, Defendant denies that this Court has subject matter jurisdiction. Defendant admits the allegations of the nature of the case in paragraph 1.

6. Answering paragraph 6 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

7. Answering paragraph 7 of the Complaint, Defendant denies that this Court has personal jurisdiction as alleged in paragraph 7. Defendant denies any direct business activities toward and/or conduct business with consumers in the State of Florida. Defendant does not reside in the State of Florida.

8. Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them. Defendant denies venue is proper in District. Defendant does not reside in the District and/or denies subject to personal jurisdiction.

## PRAYER FOR RELIEF

1. Defendant denies Plaintiff is entitled to any monetary damages claimed of their prayer for relief.

## AFFIRMATIVE DEFENSES

Defendant hereby assets the following Affirmative Defenses in this case:

## FIRST AFFIRMATIVE DEFENSE

Plaintiffs has no jurisdiction in this claim as defendant does not reside or conduct business in the State of Florida. This Court does not have personal jurisdiction over Defendants to enter a judgment against Defendant.

## SECOND AFFIRMATIVE DEFENSE

One or more third parties are liable for the conduct alleged and will be required to answer and indemnify.

## THIRD AFFIRMATIVE DEFENSE

The Court lacks venue in this case.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiffs base their claims of infringement on information and belief that defendant made substantial earnings where information lacks credibility.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims for relief are barred by the "Fair Use Doctrine" pursuant to Section 107 of the Copyright Act, 17 U.S.C. §107.

## SIX AFFIRMATIVE DEFENSE

Defendant's conduct was innocent, non-infringing, and not a willful infringement of copyright.

**WHEREFORE, Defendant prays this Honorable Court for the following relief:**

1. For dismissal of the Plaintiffs' action with prejudice;
2. For an order that Plaintiffs' shall take no relief from their complaint herein;

**RESPECTFULLY SUBMITTED**

DATED: April __23th__, 2021

Chelsi N. Hurns

**PRIORITY® MAIL**

FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE

1006 33128

U.S. POSTAGE PAID
PM 2-Day
FULSHEAR, TX
77441
APR 26, 21
AMOUNT

**$11.15**

R2305H130403-03

EXPECTED DELIVERY DAY: 04/29/21

USPS SIGNATURE® TRACKING #

**9510 8128 4937 1116 4589 68**

5

For International shipments, the maximum weight is 4 lbs.

Chelsi Harris
24015 Via Viale Dr
Richmond TX 77406

PRESORTED
FIRST-CLASS MAIL
US POSTAGE PAID
F.S. LLC

42 BMHINP1 77406