<div style="text-align:center">

**UNITED STATES DISTRICT COURT**
for the
Southern District of Florida

Civil Action No. 1:21-CV- 21088-BB

</div>



<div style="text-align:center">

ANIMACCORD LTD.
Plaintiff
v.
Angy_Bay, as the name appears in the Complaint in the list labeled "Schedule A,"
Defendant

**ANSWER AND REQUEST FOR DISMISSAL**

</div>

On April 21, 2021 an individual handed me a copy of the Complaint filed in this case along with a Summons dated April 5, 2021. As the Court orders me to respond, I submit this Answer and for the reasons I mention, I ask that this lawsuit be dismissed against me.

1. My name is Angelica Guzman, and I am a Massachusetts resident with a tiny internet presence (in eBay) under the name Angy_Bay.

2. Through eBay, I sell items, including my own hand-made piñatas. These are not a counterfeit product because they are not sold it with "an intent to deceive or defraud." I have decorated my piñatas with all sorts of pictures. I looked through my eBay account and saw that I used the Masha the Bear picture for the first time in my piñatas in 2020, for which I was paid the total of $340.00; and in 2021 from the sale of my piñatas with the bear picture, I received a total of $241. I have sold the total of 1 piñata in Florida. I do not have an office or agents in Florida.

3. Upon learning in March 2021 that I cannot use the picture of either Masha or the Bear, I stopped using it immediately.

4. I was never aware that I needed such permission to use those pictures. I never saw any warning or message indicating that the picture was privately owned. There are lots of free

items in the internet and it never occurred to me that I needed any special permission to use this picture. Had I known, I would have contacted the owner or not used it at all.

5. By providing this Answer, I do NOT waive my right to challenge the Plaintiff's assertion that I harmed the company's brand, or that I owe it any damages, or that this Court has jurisdiction over me, or that this is the proper venue for this lawsuit.

Specific Answers:

1. Deny. I sell piñatas online with different pictures, one of which was of Masha and The Bear, before I knew I could not use it without permission. Such requirement is not obvious in the internet. I do not promote or sell *counterfeit* products, as the term is defined. In addition, as of March 2021, upon learning of the prohibition, I stopped using the Masha and the Bear picture for my piñatas.
2. No answer called for.
3. No answer called for.
4. No answer called for.
5. Deny. I cannot say if this is correct.
6. Deny. I cannot say if this is correct.
7. Deny. I use eBay to sell my piñatas. Not once did I intend to infringe or violate the rights of the owners of Masha and the Bear. I sell piñatas ornate with this bear and other colorful items to make them attractive to children. But I stopped using the picture, and have no plan to use it in the future.
8. Deny. I understand that lawsuits are confrontational with regards to the action, but this Complaint attacks me personally without knowing who I am. Specifically, the attorney representing this company refers to me as an "alien[s] engaged in infringing activities and causing harm within [the district of South Florida]." This is both offensive and imprecise. I deny that I have intentionally harmed anyone in that district or anywhere else. I understand the company must prove any such harm.
9. No answer is called for.
10. No answer is called for.
11. No answer is called for.
12. No answer is called for.
13. No answer is called for.
14. No answer is called for.
15. No answer is called for.

16. Deny. I am not aware of any efforts on the part of the company that owns Masha and the Bear (other than this lawsuit) to tell small sellers like me how to obtain permission to use its product, or that it is not to be used without permission. And as soon as I was notified, I immediately stopped using it.
17. Deny. I have a very small internet presence in Ebay.
18. Deny. I do not have an office and have never been in Florida.
19. Deny. I make my own piñatas. That much I control. I do not run a counterfeit business. I do not tell people I make pictures of bears. I never knew I had to get special permission to use that picture on my piñatas, but just the same, I've stopped using it altogether.
20. Deny.
21. Deny.
22. No answer is called for.
23. Deny. I no longer use the picture of Masha the Bear.
24. Deny. I never knew about the company suing me until now. As said before, when I was told that I was using the product without permission, I stopped using it.
25. Deny. I have a very small business. My use of Masha the bear was an even smaller part of my small business.
26. No answer is called for.
27. No answer is called for.
28. No answer is called for.
29. No answer is called for.
30. No answer is called for.
31. No answer is called for.
32. No answer is called for.
33. No answer is called for.
34. No answer is called for.
35. No answer is called for.
36. No answer is called for.
37. No answer is called for.
38. No answer is called for.
39. Deny.
40. Deny. The piñatas I sell are not counterfeited. They are my creation and sometimes I use the picture of the bear as ornament and to give it color, and never in bad faith or with intent to confuse buyers. Again, I did not know the use of this picture was prohibited. When I learned that it may be, I stopped using it altogether.
41. Deny.

42. Deny. Pictures of bears or other animals makes the piñatas more attractive, but given that this product is off limits, I stopped using it. I now create my own graphics.
43. Deny. I do not sell counterfeit products
44. Deny. I did not know that Masha and the Bear was protected.
45. Deny. Already answered.
46. Deny. This is not the case.
47. Deny.
48. Deny.
49. Deny. I have never hidden the money I received from selling in eBay. I keep very organized records and file a tax return that includes the payments I receive and my costs.
50. No answer is called for.
51. No answer is called for.
52. Deny. I do not know if this is true.
53. No answer is called for.
54. No answer is called for.
55. Deny.
56. Deny because I don't know enough to say if this is true.
57. Deny. Don't know enough to tell if this is true.
58. Deny. As I read and earlier shared the definition of counterfeiting, it does not apply to what I sell.
59. Deny. As I've stopped using this product, there will not be any "illegal profit."
60. No answer is called for.
61. Deny.
62. Deny.
63. Deny.
64. Deny.
65. Deny.
66. Deny.
67. Deny. I have not used the Masha and the Bear product and have no plans to use int the future.
68. No answer is called for.
69. No answer is called for.
70. Deny.
71. Deny.
72. No answer is called for.
73. Deny.
74. Deny.
75. Deny.

76. Deny.
77. Deny.
78. No answer is called for.
79. No answer is called for.
80. Deny in that I do not run an illegal enterprise.
81. Deny.
82. Deny.
83. Deny. The internet would be a good place to alert potential viewers of the need to get a license before printing a picture from it.
84. Deny.
85. Deny.
86. Deny.
87. Deny.
88. Deny.
89. I believe the Court already ordered not to use this product without permission, and I have complied with that order.

## CONCLUSION AND REQUEST THAT THIS LAWSUIT AGAINST ANGY_BAY BE DISMISSED

I regret that this company had to resort to filing a lawsuit against a small seller like me when it could have simply added a clear warning on the internet to not use the Masha the Bear picture without authorization, or that such picture is not a free product. There are many free products in the internet and it is easy to be confused. I have learned now not to use this type of product without first checking. There are many free products in the internet and it is easy to be confused.

With all the respect this Court deserves, I ask that this lawsuit against me be dismissed. I don't have the resources to take on a suit like this, and my actions, if wrong, were never intentional, malicious, and the Complaint shows no evidence of harm to the company's videos. I have obeyed the Court Order to stop using this product. Anyone can see in my eBay account that I am not using any graphics from the internet at all. I'm now creating my own.

Signed by

Angelica Guzman C.

Date May 11, 2021

U.S. POSTAGE PAID
PME 1-Day
ROSLINDALE, MA
02131
MAY 11, 21
AMOUNT
**$0.00**
R2304E105163-02

33128

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

EJ 753 428 170 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE ( )
A. Guzmán
124 falcon St
Boston, MA 02128

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )
US District Court
Angela Noble – Clerk
400 N. Miami Avenue
Miami, FL
ZIP + 4® (U.S. ADDRESSES ONLY)
33128

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**PAYMENT BY ACCOUNT (if applicable)**

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
|---|---|
| 022330 | |

**ORIGIN (POSTAL SERVICE USE ONLY)**

☒ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| | | | |
|---|---|---|---|
| PO ZIP Code: 02131 | Scheduled Delivery Date (MM/DD/YY): 05/12/21 | Postage: $ 26.35 | |
| Date Accepted (MM/DD/YY): 05/11/21 | Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☒ 12 NOON | Insurance Fee: $ | COD Fee: $ |
| Time Accepted: 2:50 ☐ AM ☒ PM | 10:30 AM Delivery Fee: $ | Return Receipt Fee: $ | Live Animal Transportation Fee: $ |
| Special Handling/Fragile: $ | Sunday/Holiday Premium Fee: $ | Total Postage & Fees: $ 26.35 | |
| Weight: ☐ Flat Rate lbs. 2 ozs. 2 | Acceptance Employee Initials: SB | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| | ☐ AM ☐ PM | |

LABEL 11-B, MARCH 2019 PSN 7690-02-000-9996

PEEL FROM THIS CORNER

UNITED STATES POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.

