**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-21088-BLOOM/Otazo-Reyes**

ANIMACCORD LTD.,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

      Defendants.

_____/

## ORDER STRIKING ANSWERS, ECF NOS. [115], [121], AND [129]

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. Defendants Angy_Bay (Defendant 12), SherriSewCuteDesigns (Defendant 26), and dpl-12 (Defendant 19), (collectively, "Defendants"), have filed answers in this case. *See* ECF Nos. [115], [121], [129]. However, Defendants are entities and must be represented by counsel. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). Angelica Guzman, Sherri Taylor, and Jessica Delgado do not appear to be attorneys, and therefore, they may not represent the Defendants. As such, the answers filed by these individuals on behalf of Defendants are improper. *See id.* ("[t]he general rule applies even where the person seeking to represent the corporation is its president and major stockholder.").

Accordingly, the answers filed on behalf of Defendants, **ECF Nos. [115]**, **[121]**, and **[129]**, are **STRICKEN**.

Case No. 21-cv-21088-BLOOM/Otazo-Reyes

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 19, 2021.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Angy_Bay
c/o Angelica Guzman
124 Falcon St
Boston, MA 02128

SherriSewCuteDesigns
c/o Sherri Taylor
1712 Oak Hill Rd
Bryant, AR 72022

dpl-12
c/o Jessica Delgado
3440 Fulton Ave
SPC 7H
Sacramento, CA 95821