UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-21088-BB

ANIMACCORD LTD.,
a Cyprus limited company,

      Plaintiff,
v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendants.
_____/

**ANSWER AND AFFIRMATIVE DEFENSES**

COMES NOW, Defendant, Sarah Bahamid (an individual), also known as "pinkbow89" ("Defendant"), by and through the undersigned counsel, and pursuant to Rule 8, Federal Rules of Civil Procedure, hereby files his Answer and Affirmative Defenses. In support thereof, Defendants state as follows:

1. Each and every allegation of the Complaint not hereinafter expressly admitted is denied.

2. Defendant, denies as phrased, the statements made in Paragraph 1 of Plaintiff's Complaint.

3. Defendant, denies as phrased, the statements made in Paragraph 2 of Plaintiff's Complaint.

4. Defendant, is without knowledge as to the statements made in Paragraph 3 of Plaintiff's Complaint.

**JURISDICTION AND VENUE**

5. Defendant, is without knowledge as to the statements made in Paragraph 4 of Plaintiff's Complaint.

6. Defendant, denies as phrased, the statements made in Paragraph 5 of Plaintiff's Complaint.

7. Defendant, denies as phrased, the statements made in Paragraph 6 of Plaintiff's Complaint.

8. Defendant, denies as phrased, the statements made in Paragraph 7 of Plaintiff's Complaint.

9. Defendant, denies as phrased, the statements made in Paragraph 8 of Plaintiff's Complaint.

**THE PLAINTIFF**

10. Defendant, is without knowledge of the statements made in Paragraph 9 of Plaintiff's Complaint.

11. Defendant, is without knowledge of the statements made in Paragraph 10 of Plaintiff's Complaint.

12. Defendant, is without knowledge of the statements made in Paragraph 11 of Plaintiff's Complaint.

13. Defendant, is without knowledge of the statements made in Paragraph 12 of Plaintiff's Complaint.

14. Defendant, is without knowledge of the statements made in Paragraph 13 of Plaintiff's Complaint.

15. Defendant, is without knowledge of the statements made in Paragraph 14 of Plaintiff's Complaint.

16. Defendant, is without knowledge of the statements made in Paragraph 15 of Plaintiff's Complaint.

17. Defendant, is without knowledge of the statements made in Paragraph 16 of Plaintiff's Complaint.

## THE DEFENDANTS

18. Defendant, denies as phrased, the statements made in Paragraph 17 of Plaintiff's Complaint.

19. Defendant, denies as phrased, the statements made in Paragraph 18 of Plaintiff's Complaint.

20. Defendant, denies as phrased, the statements made in Paragraph 19 of Plaintiff's Complaint.

21. Defendant, denies as phrased, the statements made in Paragraph 20 of Plaintiff's Complaint.

22. Defendant, denies as phrased, the statements made in Paragraph 21 of Plaintiff's Complaint.

23. Defendant, denies as phrased, the statements made in Paragraph 22 of Plaintiff's Complaint.

24. Defendant, denies as phrased, the statements made in Paragraph 23 of Plaintiff's Complaint.

25. Defendant, denies as phrased, the statements made in Paragraph 24 of Plaintiff's Complaint.

26. Defendant, denies as phrased, the statements made in Paragraph 25 of Plaintiff's Complaint.

## GENERAL FACTUAL ALLEGATIONS

27. Defendant, is without knowledge of the statements made in Paragraph 26 of Plaintiff's Complaint.

28. Defendant, is without knowledge of the statements made in Paragraph 27 of Plaintiff's Complaint.

29. Defendant, denies as phrased, the statements made in Paragraph 28 of Plaintiff's Complaint.

30. Defendant, is without knowledge of the statements made in Paragraph 29 of Plaintiff's Complaint.

31. Defendant, is without knowledge of the statements made in Paragraph 30 of Plaintiff's Complaint.

32. Defendant, is without knowledge of the statements made in Paragraph 31 of Plaintiff's Complaint.

33. Defendant, is without knowledge of the statements made in Paragraph 32 of Plaintiff's Complaint.

34. Defendant, is without knowledge of the statements made in Paragraph 33 of Plaintiff's Complaint.

35. Defendant, is without knowledge of the statements made in Paragraph 34 of Plaintiff's Complaint.

36. Defendant, is without knowledge of the statements made in Paragraph 35 of Plaintiff's Complaint.

37. No answer called for.

38. Defendant, is without knowledge of the statements made in Paragraph 37 of Plaintiff's Complaint.

39. Defendant, is without knowledge of the statements made in Paragraph 38 of Plaintiff's Complaint.

### DEFENDANTS' COUNTERFEITING AND INFRINGING CONDUCT

40. Defendant, denies as phrased, the statements made in Paragraph 39 of Plaintiff's Complaint regarding the sale and distribution of counterfeit and infringing goods. Defendant, is without knowledge of the rest of the statements made in Paragraph 39 of Plaintiff's Complaint.

41. Defendant, denies as phrased, the statements made in Paragraph 40 of Plaintiff's Complaint.

42. Defendant, denies as phrased, the statements made in Paragraph 41 of Plaintiff's Complaint.

43. Defendant, denies as phrased, the statements made in Paragraph 42 of Plaintiff's Complaint.

44. Defendant, denies as phrased, the statements made in Paragraph 43 of Plaintiff's Complaint.

45. Defendant, denies as phrased, the statements made in Paragraph 44 of Plaintiff's Complaint. Defendant had no knowledge of Plaintiff's ownership, licenses, or rights.

46. Defendant, denies as phrased, the statements made in Paragraph 45 of Plaintiff's Complaint.

47. Defendant, denies as phrased, the statements made in Paragraph 46 of Plaintiff's Complaint.

48. Defendant, denies as phrased, the statements made in Paragraph 47 of Plaintiff's Complaint.

49. Defendant, denies as phrased, the statements made in Paragraph 48 of Plaintiff's Complaint.

50. Defendant, denies as phrased, the statements made in Paragraph 49 of Plaintiff's Complaint.

51. Defendant, is without knowledge of the statements made in Paragraph 50 of Plaintiff's Complaint.

52. Defendant, denies as phrased, the statements made in Paragraph 51 of Plaintiff's Complaint.

53. Defendant, denies as phrased, the statements made in Paragraph 52 of Plaintiff's Complaint.

### COUNT I – TRADEMARK COUNTERFEITING AND INFRINGEMENT PURSUANT TO § 32 OF THE LANHAM ACT (15 U.S.C. § 1114)

54. No answer called for the statement made in Paragraph 53 of Plaintiff's Complaint.

55. Defendant, denies as phrased, the statements made in Paragraph 54 of Plaintiff's Complaint.

56. Defendant, denies as phrased, the statements made in Paragraph 55 of Plaintiff's Complaint.

57. Defendant, denies as phrased, the statements made in Paragraph 56 of Plaintiff's Complaint.

58. Defendant, denies as phrased, the statements made in Paragraph 57 of Plaintiff's Complaint.

59. Defendant, denies as phrased, the statements made in Paragraph 58 of Plaintiff's Complaint.

60. Defendant, denies as phrased, the statements made in Paragraph 59 of Plaintiff's Complaint.

## COUNT II – FALSE) DESIGNATION OF ORIGIN PURSUANT TO § 43(A) OF THE LANHAM ACT (15 U.S.C. § 1125(a))

61. No answer called for the statement made in Paragraph 60 of Plaintiff's Complaint.

62. Defendant, denies as phrased, the statements made in Paragraph 61 of Plaintiff's Complaint.

63. Defendant, denies as phrased, the statements made in Paragraph 62 of Plaintiff's Complaint.

64. Defendant, denies as phrased, the statements made in Paragraph 63 of Plaintiff's Complaint.

65. Defendant, denies as phrased, the statements made in Paragraph 64 of Plaintiff's Complaint.

66. Defendant, denies as phrased, the statements made in Paragraph 65 of Plaintiff's Complaint.

67. Defendant, denies as phrased, the statements made in Paragraph 66 of Plaintiff's Complaint.

68. Defendant, denies as phrased, the statements made in Paragraph 67 of Plaintiff's Complaint.

## COUNT III – COMMON LAW UNFAIR COMPETITION

69. No answer called for the statement made in Paragraph 68 of Plaintiff's Complaint.

70. Defendant, denies as phrased, the statements made in Paragraph 69 of Plaintiff's Complaint.

71. Defendant, denies as phrased, the statements made in Paragraph 70 of Plaintiff's Complaint.

72. Defendant, denies as phrased, the statements made in Paragraph 71 of Plaintiff's Complaint.

73. Defendant, denies as phrased, the statements made in Paragraph 72 of Plaintiff's Complaint.

## COUNT IV – COMMON LAW TRADEMARK INFRINGEMENT

74. No answer called for the statements made in Paragraph 73 of Plaintiff's Complaint.

75. Defendant, denies as phrased, the statements made in Paragraph 74 of Plaintiff's Complaint.

76. Defendant, denies as phrased, the statements made in Paragraph 75 of Plaintiff's Complaint.

77. Defendant, denies as phrased, the statements made in Paragraph 76 of Plaintiff's Complaint.

78. Defendant, denies as phrased, the statements made in Paragraph 77 of Plaintiff's Complaint.

## COUNT V – INFRINGEMENT OF COPYRIGHT

79. No answer called for the statements made in Paragraph 78 of Plaintiff's Complaint.

80. Defendant, is without knowledge to the statements made in Paragraph 79 of Plaintiff's Complaint.

81. Defendant, denies as phrased, the statements made in Paragraph 80 of Plaintiff's Complaint.

82. Defendant, denies as phrased, the statements made in Paragraph 81 of Plaintiff's Complaint.

83. Defendant, denies as phrased, the statements made in Paragraph 82 of Plaintiff's Complaint.

84. Defendant, denies as phrased, the statements made in Paragraph 83 of Plaintiff's Complaint.

85. Defendant, denies as phrased, the statements made in Paragraph 84 of Plaintiff's Complaint. Defendant's infringement, if any, was innocent and inadvertent, it was not willful, intentional, and/or purposeful.

86. Defendant, denies as phrased, the statements made in Paragraph 85 of Plaintiff's Complaint.

87. Defendant, denies as phrased, the statements made in Paragraph 86 of Plaintiff's Complaint.

88. Defendant, denies as phrased, the statements made in Paragraph 87 of Plaintiff's Complaint.

89. Defendant, denies as phrased, the statements made in Paragraph 88 of Plaintiff's Complaint.

90. Defendant, denies as phrased, the statements made in Paragraph 89 of Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

Defendant through undersigned counsel hereby asserts the following Affirmative Defenses. The following Affirmative Defenses are separate and complete defenses based on the facts and information know to Defendant, and specifically state as follows:

1. The Court lacks jurisdiction in this claim as Defendant does not reside or conduct business in the State of Florida. This Court does not have personal jurisdiction over Defendants.

2. This is not the proper venue as Defendant does not reside or conduct business or has offices in the State of Florida.

3. Defendant's activities were at all times innocent, inadvertent, non-infringing and did not constitute willful, intentional and/or purposeful infringement of any copyrights or marks.

4. Any use by Defendant of Plaintiff's mark constitutes "Fair Use".

5. Defendant, was at all times under the impression that her re-selling activities, were legal under the "First Sale Doctrine", and not infringing.

6. Defendant bought Masha and the Bear Products ("Products") from a third-party store on Etsy, under the name of Jessyshop2018 ("Jessyshop"). Jessyshop has been permanently closed by Etsy.

7. Defendant's sale of the Products were de-minimis. Defendant sold approximately one hundred and two (102) items for an approximate value of $1,214.00 U.S. dollars. After learning of the intellectual property rights of Plaintiff, Defendant immediately ceased the re-sale of Products.

8. Defendant reserves the right to assert any and all additional affirmative defenses available under the law as this case and discovery proceeds.

WHEREFORE, Defendant respectfully request that this Honorable Court enter judgment against Plaintiff and that the Court dismiss Plaintiff's suit with prejudice, assess costs against Plaintiffs, award Defendants their reasonable attorney fees pursuant to 15 U.S.C.A. § 1117(a), and award Defendants all other relief this Court deems just and proper.

DATE: MAY 28TH, 2021.

**THE SAADE LAW FIRM, P.A.**
*Attorneys for Defendant*
201 Sevilla Avenue, Suite 301
Coral Gables, Florida 33134
Telephone: (786) 633-1114
Facsimile: (786) 633-1314

/s/ Gabriel S. Saade
_____
GABRIEL S. SAADE, ESQ.
Florida Bar No.: 111742

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of May, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**THE SAADE LAW FIRM, P.A.**
*Attorneys for Defendant*
201 Sevilla Avenue, Suite 301
Coral Gables, Florida 33134
Telephone: (786) 633-1114
Facsimile: (786) 633-1314
Email: gss@saadelaw.com

/s/ Gabriel S. Saade
_____
GABRIEL S. SAADE, ESQ.
Florida Bar No.: 111742