UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:21-cv-21088-BB

ANIMACCORD LTD.,
a Cyprus limited company,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)
**(as to certain Defendants only)**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Animaccord Ltd., and Defendant Sarah Bahamid d/b/a pinkbow89 (Defendant No. 49 of Schedule "A" to the Complaint), by and through their undersigned counsel, hereby stipulate to a dismissal of all claims in this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Plaintiff and Defendant shall each bear their own costs and attorneys' fees.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| | |
|---|---|
| Date: July 14, 2021 | Respectfully submitted by, |
| */s/ Nicole Fundora* | */s/ Gabriel S. Saade* |
| Richard Guerra | Gabriel S. Saade |
| Fla. Bar No. 689521 | Fla. Bar No. 111742 |
| Email: rguerra@brickellip.com | Email: gss@saadelaw.com |
| Nicole Fundora | THE SAADE LAW FIRM, P.A. |
| Fla. Bar No. 1010231 | 201 Sevilla Avenue |
| Email: nfundora@brickellip.com | Suite 301 |
| THE BRICKELL IP GROUP, PLLC | Coral Gables, FL 33134 |
| 1101 Brickell Avenue | Tel: 786-633-1114 |
| South Tower, Suite 800 | Fax: 786-633-1314 |
| Miami, FL 33131 | |
| Tel: 305-728-8831 | *Counsel for Defendant Sarah Bahmid d/b/a pinkbow89* |
| Fax: 305-428-2450 | |
| | |
| *Counsel for Plaintiff* | |