UNITED STATES DISTRICT COURT • SOUTHERN DISTRICT OF FLORIDA

ANIMACCORD LTD._____, Plaintiff,

vs.

SherriSewCuteDesigns (Sherri Taylor)___, Defendant(s)

Case No. 1:21-CV-21088-BB

FILED BY __PG__ D.C.

AUG 17 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Motion For Referral To Volunteer Attorney Program

I, Sherri Taylor_____, am a *pro se* party representing myself in this case, and have requested authorization to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 or am otherwise unable to afford a lawyer. Therefore, I request that the Court refer my request to the Court's Volunteer Attorney Program. I understand that it will be up to volunteer attorneys, not the Court, to determine whether they wish to represent me. If a volunteer attorney agrees to take my representation, I will cooperate with that counsel in the preparation and presentation of my case.

Signature: _____
Printed name: Sherri Taylor
Address: 1712 Oak Hill Rd
Bryant, Ar 72022

Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by [specify method of service -- hand delivery/U.S. Mail/other] on [date] on all counsel or parties of record on the Service List below.

8-12-21

Signature: _____
Printed name: Sherri Taylor

**SERVICE LIST**
Attorney or Party Name: Richard Guerra
Attorney or Party E-mail Address: rguerra@brickellip.com
Firm Name: Brickell IP Group PLLC
Street Address City, State, Zip Code: 1101 Brickell Avenue, Miami, FL 33131
Telephone: Tel. 305-728-8831
Facsimile: Fax. 305-428-2450
Attorneys for Plaintiff/Defendant



LITTLE ROCK AR 720

United States District Court, Southern District of Florida
Attn: Intake for Docketing
400 N. Miami Avenue, Room 8N09
Miami, FL 33128

RECEIVED
AUG 17 2021
12:53 PM

USMS INSPECTED

S. Taylor
1712 Oak Hill rd.
Bryant, AR 72022